| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>TUCKER ELLIS LLP<br>Howard A. Kroll - SBN 100981<br>515 South Flower Street<br>Forty-Second Floor<br>Los Angeles, CA 90071-2223<br>Telephone: 213.430.3400<br>Facsimile: 213.430.3409 | |
| ATTORNEY(S) FOR: Plaintiff CHRIS PRINCIPE | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>Plaintiff(s),<br>v.<br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>Defendant(s) | CASE NUMBER:<br>8:17-cv-00608<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Chris Principe_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Chris Principe | Plaintiff |
| Timothy Glen Curry a/k/a Timothy Tayshun | Defendant |

| | |
|---|---|
| April 4 , 2017<br>Date | /s/Howard A. Kroll<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Chris Principe