TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>                    Plaintiff,<br><br>          v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>                    Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**DECLARATION OF HOWARD A. KROLL IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

I, Howard A. Kroll, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1.     I am a partner at Tucker Ellis LLP, and represent Chris Principe. ("Plaintiff") in the above-captioned matter. The statements made in this declaration are based on my own personal knowledge and if sworn as a witness I could testify competently thereto.

2.     Based on a private investigator's report, Plaintiff discovered that Defendant Tim Tayshun's legal name is Timothy Glen Curry. Defendant's father is Glen J. Curry, a prominent Southern California Pastor and radio personality associated with the Pillars of Faith Ministries. Plaintiff also discovered that Defendant either resides in San Clemente, California or Rancho Santa Margarita, California.

3. On April 5, 2017, Plaintiff made its first attempt to serve Defendant at the residence in San Clemente. Plaintiff made other attempts to serve Defendant at this address on April 6, 7, 8, 9, 12, 13, 14, 15 and 16, but was unsuccessful.

4. Upon further investigation, it was determined that Defendant no longer resides at either San Clemente or Rancho Santa Margarita. This investigation, which is still ongoing, has been unable to find any location at which Defendant resides or works, although attempts to personally serve Defendant through other means continues.

5. On May 4, 2017, I attempted to contact Defendant by email at *timtayshun@ezcoinaccess.com*, but received a delivery failure notification.

6. Defendant's Facebook name is Tim Tayshun and it has a picture of him in front of a "Wheel of Bitcoin." On May 4, 2017, I also sent a copy of the complaint attached to a private Facebook message to Defendant's Facebook account. A copy of the exchange of messages that I had with Defendant on Facebook is attached to this Declaration as Exhibit 1.

7. A copy of Defendant's comments to the blog entry "OneCoin Threaten To Sue SQL Blockchain Whistleblower" on the Behind MLM website at http://behindmlm.com/companies/onecoin/onecoin-threaten-to-sue-sql-blockchain-whistleblower is attached to this Declaration as Exhibit 2.

8. A copy of Defendant's comments to the blog entry "Skyway Capital Warning Issued Estonian Financial Regulator" on the BehindMLM website at http://behindmlm.com/companies/skyway-capital-warning-issued-estonian-financial-regulator/ is attached to this Declaration as Exhibit 3.

9. Although I sent the Waiver of Service of Summons to Defendant on May 5, 2017, Defendant has not signed the waiver.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of July, 2017 in Los Angeles, California.

                                              /s/Howard A. Kroll
                                              HOWARD A. KROLL

# EXHIBIT 1

Tim Tayshun
You and Tim Tayshun aren't connected on Facebook
Co-Founder / Partner at Autonet Group and Advisor at Sierra Leone Liberty Group

**May 4th, 4:41pm**

Howard

Chris Principe v. Timothy Glen Curry aka Timothy Tayshun. - Complaint.pdf
Howard
Mr. Curry/Tayshun, My name is Howard Kroll and I am the attorney representing Chris Principe in his lawsuit against you for defamation and intentional interference with contractual relations. I have attached a copy of the complaint for your review. Please give me a call at 213.430.3365 to discuss. Thanks. Howard

**May 5th, 10:16am**

Tim Tayshun accepted your request.


Tim
Thanks, but you may want to do a little more homework on your client and his involvement with Ruja Ignatova and the Onecoin FAKE cryptocurrency before attempting to involve me in a frivolous lawsuit and false Accusations. Discovery works both ways, doesn't it? 😉
Howard
Yes, discovery works both ways. When are you free to discuss this?


Tim
Let me speak with my attorney and I'll let you know. That said, I'm 100% confident in my defense and look forward to this exciting opportunity. Oh, and thank you. I appreciate it, as this is definitely "news-worthy information." So, expect it to go viral internationally and to help expedite the taking down of the massive Onecoin SCAM, as well as its many accomplices in the promotion of this scam, which absolutely includes your client, Chris Principe.
Howard

Waiver of Service of Summons.pdf
Looking forward to it. In the meantime, I have attached a waiver of service of summons. Please sign and return so we can get this case rolling. Thanks.

Tim

**May 5th, 1:59pm**


Tim
https://www.youtube.com/watch?v=u6oZ4gDhpws
You "Client"

Exhibit 1
Page 3



**OneCoin - "We are way bigger than Apple, Alibaba, Walmart"**
OneCoiners believe the market-cap of OneCoin will be trillions after 3 years. And according to Florian Andris, a German top leader, OneCoin will be the bigge...
youtube.com

Howard
I'm not quite sure the relevance of that video. But, that's what courtrooms and juries are for. Have you signed the waiver so we can get to court and have each side present their evidence?
Also, it may be easier to communicate by email. Please email me at howard.kroll@tuckerellis.com. Thanks.


Tim
we both know I have 60 days to sign it. There's a good possibility that Onecoin will no longer exist by that time. Good luck with building your case. I have been investigating this since March 2015. Use this time to "brush up," because you're not gonna have a cakewalk by any means.


Tim
Ps. By the end of this week Principe will likely be infamous unless you retract the complaint and issue me an apology within 24 hours


Tim
Do you or he accept payment in Onecoin, by the way? 

**May 7th, 2:51pm**


Tim

What does this mean please?

https://cdn.fbsbx.com/v/t59.2708-21/18220211_10212904020774454_2071746254831878144_n.pdf/Chris-Principe-v.-Timothy-Glen-Curry-aka-Timothy-Tayshun.-Complaint.pdf?oh=213d61664f14dc2dd397a4ccfc69ca32&oe=590E7DD9&dl=1

"URL expired"



May 25th, 4:58pm

Howard
Tim, are you planning on signing the waiver?

**EXHIBIT 2**



**Timothy Curry** #27

May 6th, 2017 at 1:48 am  (Q)

Shite is going down! HERE is "Legal Action" filed against me from Chris (unprincipled) Principe's Attorney today:

cdn.fbsbx.com/v/t59.2708-21/18220211_10212904020774454_2071746254831878144_n.pdf/Chris-Principe-v.-Timothy-Glen-Curry-aka-Timothy-Tayshun.-Complaint.pdf?oh=213d61664f14dc2dd397a4ccfc69ca32&oe=590E7DD9&dl=1

Exhibit 2
Page 6

 **Timothy Curry**                                                                 #29

May 6th, 2017 at 2:22 am  (Q)

I've attached the document and am just awaiting moderation. The attorney sent it to me over Facebook 🙂

I thanked him for providing the tools to make this information go viral.

Attorney alleges that I've cost Principe "in excess of $75,000 ….and damaged his reputation irreparably, etc."

Calls the claims malicious, false, etc., and claims Principe "never received payments (or perks/ financial compensation) from Onecoin/ Ruja."

I think Principe is about to become famous! ….or it's the word "infamous?"

Exhibit 2
Page 7

**EXHIBIT 3**

**Timothy Curry**

Jun 16th, 2017 at 1:31 am  (Q)

#2

@GlimDropper- why yes. That would be me. Case is still "pending" in FEDERAL Court, from April 6th – meaning that I have not been properly "served" at this point in time.

Federal Rules of Civil Procedure under Rule #4 grant 90 days from original filling for Plaintiff to do so, otherwise the Court will motion to dismiss the Case "without prejudice."

So, the next 3 weeks will be telling to see if this was just a "bluff" or not. My team is fully prepared, either way, and I'm very pleased that several "anonymous" (and other named) sources have now surfaced and reached out to us with additional information which would suggest carrying forth would be extremely disadvantageous to the party.

Therefore, at this point we're strategizing the next step, if any at this point, and will simply "observe" any proverbial Chess moves with counter maneuvers.

I'm prepared for either a rather boring outcome, but also for anything "a bit more exciting," …although we won't be "revealing our hand," *most *likely,* unless the situation calls for it. That's really all I'm at liberty to say at the moment.

Exhibit 3
Page 8