UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>            Plaintiff,<br><br>     v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>            Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST RE SERVICE OF DEFENDANT** |

Pursuant to the Request of Plaintiff, and for good cause shown,

IT IS ORDERED that:

1. Plaintiff shall have until August 3, 2017 to serve Defendant.

2. Plaintiff may serve Defendant by private message to Defendant's Facebook account.

DATED: _____     _____

                                                          Hon. Josephine L. Staton
                                                          U.S. District Court Judge

1269248.1