TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>REQUEST TO CLERK TO ENTER DEFAULT<br><br>**Hon. Josephine L. Staton** |

TO THE CLERK OF THE COURT:

Plaintiff Chris Principe ("Plaintiff") requests the Clerk of the Court to enter default in this matter against Defendant Timothy Glen Curry aka Timothy Tayshun ("Defendant") on the grounds that Defendant failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

The Summons, Complaint and related documents were served on Defendant on July 12, 2017. Docket No. 11. *See* Declaration of Howard A. Kroll ("Kroll Dec."), ¶ 2.

Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve its answer within 21 days after being served with the Summons and Complaint. The deadline for Defendant to answer, therefore, was August 2, 2017. Defendant has not yet filed its answer or any responsive papers. Kroll Dec., ¶ 3.



Plaintiff therefore requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), to enter default against Defendant Timothy Glen Curry aka Timothy Tayshun.

DATED: August 3, 2017						Tucker Ellis LLP


							By:	/s/Howard A. Kroll
								Howard A. Kroll
								Attorneys for Plaintiff
								CHRIS PRINCIPE

1275366.1