TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:       213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>　　　　Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>DECLARATION OF HOWARD A. KROLL IN SUPPORT OF REQUEST TO CLERK TO ENTER DEFAULT<br><br>**Hon. Josephine L. Staton** |

I, Howard A. Kroll, declare:

1.  I am a partner at Tucker Ellis LLP, and represent Plaintiff Chris Principe ("Plaintiff") in the matter referenced above. I submit this declaration in support of Plaintiff's Request for Clerk to Enter Default against Timothy Glen Curry aka Timothy Tayshun on the grounds that Defendant failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The statements made in this declaration are based on my own personal knowledge or records regularly maintained in the ordinary course of Tucker Ellis's business and, if sworn as a witness, I could testify competently thereto.

2.  The Summons, Complaint and related documents were served on Defendant on July 12, 2017. *See* Docket No. 11.

3.      Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve its answer within 21 days after being served with the Summons and Complaint. The deadline for Defendants to answer, therefore, was August 2, 2017. Defendant has not yet filed its answer or any responsive papers.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on August 3, 2017 in Los Angeles, California.

/s/Howard A. Kroll
Howard A. Kroll

2

1275381.1