1  Daniel A. De Soto (SBN 205861)
   LAW OFFICE OF DANIEL A. DE SOTO
2  619 South Olive Street, Ste 400
   Los Angeles, CA 90014
3  Telephone:   (323) 743-8995
   Facsimile:   (323) 837-4766
4  desotolegal@gmail.com

5

6  Attorney Defendant DDD Enterprise, Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10 | **CHRIS PRINCIPE,** | Case No: 8:17-cv-00608 |
   |---|---|
   | Plaintiff, | Assigned to the Hon. Philip S. Gutierrez |
   | vs. | |
   | **TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,** | **PROOF OF SERVICE RE DEFENDANT'S ANSWER TO COMPLAINT** |
   | Defendant. | |

                            PROOF OF SERVICE

   I, Daniel A. De Soto, declare:
   I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is 619 South Olive Street, Suite 400, Los Angeles, California, 90014.
   On August 3, 2017, I served copies of **DEFENDANT TIMOTHY GLEN CURRY'S ANSWER TO PLAINTIFF'S COMPLAINT** on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

                                    1
                            **PROOF OF SERVICE**

| | |
|---|---|
| 1 | Howard A Kroll, Esq. |
| 2 | TUCKER ELLIS |
|   | 515 South Flower Street |
| 3 | Forty-Second Floor |
|   | Los Angeles, CA 90071-2223 |
| 4 | Attorneys for Plaintiff |

[X]   MAIL – I caused such envelope to be deposited in the United States mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   BY PERSONAL SERVICE – ( ) I delivered by hand, or ( ) I caused to be delivered via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ ]   BY OVERNIGHT COURIER – I caused the above-referenced document(s) to be delivered via FedEx, an overnight courier service, for delivery to the above addressee(s).

[X]   State – I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 3, 2017, at Los Angeles, California.

/s/ Daniel A. De Soto

Daniel A. De Soto

2
**PROOF OF SERVICE**