# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE<br><br>Plaintiff(s),<br><br>v.<br><br>TIMOTHY GLEN CURRY<br><br>Defendant(s). | CASE NUMBER:<br><br>8:17–cv–00608–JLS–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/4/2017__

Document Number(s):   __15__

Title of Document(s):   __Proof of service RE Answer__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Proof of Service (subsequent documents)

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 4, 2017_           By:  _/s/ Trina Debose  trina_debose@cacd.uscourts.gov_
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**