TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Defendant
TIMOTHY GLEN CURRY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | Case No. 8:17-cv-00608 JLS (KESx) |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN, | Current Date: September 29, 2017<br>New Date:      October 13, 2017 |
| Defendant. | |

Plaintiff Chris Principe ("Plaintiff") and Defendant Timothy Glen Curry ("Defendant"), by and through the undersigned counsel, stipulate to continue the scheduling conference from September 29, 2017 to October 13, 2017 for the following reasons:

Plaintiff resides in Florida and was affected by Hurricane Irma. Specifically, Plaintiff has been without power for approximately one week. As a result, counsel for Plaintiff has not been able to communicate with his client with respect to issues raised in the Fed.R.Civ.P. 26(f) conference of counsel, including pre-trial dates for discovery, trial dates and discussions of settlement.

Plaintiff anticipates that a two week continuance to the scheduling conference would allow this communication to take place and allow the parties to finalize the Rule 26(f) report.

For the reasons stated above, Plaintiff submits that good cause exists for the delay and therefore respectfully requests the Court to continue the Scheduling Conference to October 13, 2017 at 1:30 p.m.

DATED: September 15, 2017          Tucker Ellis LLP


By:   /s/Howard A. Kroll
      Howard A. Kroll
      Attorneys for Defendant
      TIMOTHY GLEN CURRY


DATED: September 15, 2017          Law Offices of Daniel A. De Soto


By:   /s/Daniel A. De Soto*
      Daniel A. De Soto
      Attorneys for Defendant
      TIMOTHY GLEN CURRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this Stipulation and has authorized its filing with his electronic signature.

2

1293659.1