# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>        Plaintiff,<br><br>  v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>        Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>Current Date: September 29, 2017<br>New Date:     October 13, 2017 |

Pursuant to the request of the parties, and for good cause shown,

IT IS ORDERED that the Scheduling Conference is continued to October 13, 2017 at 1:30 p.m.

DATED: _____

                                                                                  Hon. Josephine L. Staton<br>
                                                                                   U.S. District Court Judge

1293660.1