___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-00608 JLS (KES)                                        Date:  October 10, 2017
Title:  Chris Principe v. Timothy Curry

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (In Chambers) SCHEDULING ORDER

      The Court has reviewed the parties Joint Rule 26(f) Report.  (Doc. 21.)  On the Court's own motion, the Scheduling Conference set for hearing October 13, 2017, is VACATED and taken off calendar.  The parties were unable to agree on a schedule, so the Court sets an appropriate schedule.

      Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should be set for hearing on the Court's first available date.  The dates below will not be continued absent a showing of good cause.  *See* Fed. R. Civ. P. 16(b)(4).

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | December 5, 2017 |
| Fact Discovery Cut-off: | June 5, 2018 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | June 15, 2018 |
| Last Day to Serve Initial Expert Reports: | June 19, 2018 |
| Last Day to Serve Rebuttal Expert Reports: | July 17, 2018 |
| Last Day to Conduct Settlement Proceedings: | August 7, 2018 |
| Expert Discovery Cut-off: | August 10, 2018 |
| Last Day to File *Daubert* Motions: | August 17, 2018 |

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-00608 JLS (KES)                                    Date:  October 10, 2017
Title:  Chris Principe v. Timothy Curry

| | |
|---|---|
| Last Day to File Motions in Limine (excluding *Daubert* motions): | September 7, 2018 |
| Final Pretrial Conference (1:30 p.m.): | October 5, 2018 |
| Exhibit Conference (3:30 p.m.): | October 26, 2018 |
| Jury Trial (9:00 a.m.): | October 30, 2018 |
| Trial Estimate:[1] | 5 days |

Initials of Preparer:  tg

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.