# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHRIS PRINCIPE

      Plaintiff(s),

v.

TIMOTHY GLEN CURRY

      Defendant(s).

CASE NUMBER:

8:17−cv−00608−JLS−KES

**ORDER/REFERRAL TO ADR**

  The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court−Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26−1, hereby:

  **ORDERS** this case referred to:

  ☐ **ADR PROCEDURE NO. 1**: (☐ district judge or ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

  ☒ **ADR PROCEDURE NO. 2**: This case is referred to the ADR Program. Within twenty−one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR−2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty−one (21) days, the ADR Program (213−894−2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

  ☐ **ADR PROCEDURE NO. 3**: (Private mediation).

  The ADR proceeding is to be completed no later than:  August 7, 2018 .

  The Court further sets a status conference for:  N/A .

  For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

  **IT IS SO ORDERED.**

DATED: October 10, 2017

        /s/ *Josephine L. Staton*
        Josephine L. Staton
        United States District Judge