TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>    Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT**<br><br>DATE:  December 1, 2017<br>TIME:  2:30 p.m.<br>CTRM:  10A<br><br>Hon. Josephine L. Staton |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 1, 2017 at 2:30 p.m., or as soon thereafter as this matter may be heard before the Honorable Josephine L. Staton, in Courtroom 10A on the 10th Floor of the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., Santa Ana California, 92701, Plaintiff will move, and hereby does move pursuant to Rule 65 of the Federal Rules of Civil Procedure and Cal. Civ. Proc. Code § 527.6 for an preliminary injunction order enjoining Defendant from future harassing conduct against Plaintiff.

The grounds for this motion are that Defendant has been engaging in a knowing and willful course of harassing conduct against Plaintiff that is resulting in severe emotional distress. The conduct is ongoing, is not protected, and will continue absent court intervention.

This motion is based on this notice of motion and motion; the accompanying memorandum of points and authorities; the Declaration of Chris Principe; the record in this action; and any other papers, evidence, and argument as may be submitted in connection with the motion.

Pursuant to Local Civil Rule 7-3, no conference of counsel is necessary because Plaintiff is moving for a preliminary injunction; Plaintiff has given Defendant notice of his intent to bring this motion.

DATED: October 20, 2017               Tucker Ellis LLP


                                      By:   /s/Steven E. Lauridsen
                                            ─────────────────────────
                                            Howard A. Kroll
                                            Steven E. Lauridsen

                                            Attorneys for Plaintiff
                                            CHRIS PRINCIPE

1307207.1