# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>        Plaintiff,<br><br>   v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>        Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT**<br><br>DATE:  December 1, 2017<br>TIME:   2:30 p.m.<br>CTRM:  10A<br><br>Hon. Josephine L. Staton |

The Court, having read and considered the papers supporting and opposing Plaintiff's motion for an order enjoining Defendant from future harassing conduct, and good cause appearing,

It is **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Defendant Timothy Glen Curry a/k/a Timothy Tayshun, and all officers, agents, servants, employees, and attorneys and all persons in active concert or participation with them who receive actual notice of this Order are immediately restrained and enjoined from:

1. Contacting Plaintiff, either directly or indirectly, by any means, including but not limited to, by telephone, mail, email, social media, or other electronic means;
2. Publishing Plaintiff's name in any media whatsoever. For the sake of clarity, this includes any social media handle or known alias of Plaintiff's as well as any reference to Plaintiff whatsoever; or
3. Contacting any of Plaintiff's known business associates concerning Plaintiff in any manner or with respect to any topic concerning Plaintiff.

It is further **ORDERED** that Defendant is admonished that any violation of this order may result in his arrest and that he may be charged with a crime, resulting in jail time, fines, or both.

It is further **ORDERED** that peaceful contact through a lawyer or process server or another person for the service of legal papers related to this or another court case is allowed and does not violate this order.

///
///
///

     It is further **ORDERED** that this order will expire five years from the date of its issuance; however, Plaintiff may request that it be renewed pursuant to California law.

**IT IS SO ORDERED.**

DATED:_____                  _____

                                                                         Hon. Josephine L. Staton
                                                                         U.S. District Judge