# Exhibit 1



From: **Timothy "TimTayshun" Curry** <invitations@linkedin.com>
Date: Thu, Sep 7, 2017 at 5:08 AM
Subject: Chris, please add me to your LinkedIn network
To: Chris Principe <principecm@gmail.com>

Chris Principe

IN MY OPINION., I'm going to help put you in jail (at least) by exposing what i've already confirmed and can prove AND DOCUMENT, IN COURT about .....your relationship with the Onecoin PONZI SCAM!

In my opinion, you are a STUPID MOTHERF██████R for f████ng with me, you piece of sh██.

wait for it!

**Timothy "TimTayshun" Curry**
Cryptocurrency/Blockchain Enthusiast, Consultant and Educator
Orange County, California Area

Accept

View profile

Unsubscribe | Help

You are receiving Invitation emails.

This email was intended for Chris Principe (CEO at FinFuture, Ltd.). Learn why we included this.

Exhibit 1
Page 9