# Exhibit 2

**Tim Tayshun** @ezCoinAccess

@notsofastcrypto @OzDelphi @cmpleo @financialit_net INDEED! The Publisher, Chris Principe @cmpleo is on #Onecoin #ponzi payroll! #You Fired https://t.co/x1BZqmFcMX

**Tim Tayshun** @ezCoinAccess

@cmpleo @movementcapital @FFTheForum @AJ_Hutchings @financialit_net Chris Principe is a PAID SHILL for #Onecoin #ponzischeme touring Events https://t.co/p8mQr0sWwe



Scam Detector
Scam Detector: October 2016
Chris Principe, the publisher of Financial IT, has also
been a familiar face as a guest speaker in the latest

**Timothy Curry**                                    #27

May 6th, 2017 at 1:48 am  (Q)

Shite is going down! HERE is "Legal Action" filed against me from Chris (unprincipled) Principe's Attorney today:

cdn.fbsbx.com/v/t59.2708-21/18220211_10212904020774454_2071746254831878144_n.pdf/Chris-Principe-v.-Timothy-Glen-Curry-aka-Timothy-Tayshun.-Complaint.pdf?oh=213d61664f14dc2dd397a4ccfc69ca32&oe=590E7DD9&dl=1

Exhibit 2
Page 10

 **TimTayshun** #53

Nov 2nd, 2016 at 5:20 am (Q)

@Whistle Blower/ @Oz

I think that's worthy of a story being that even Financial IT completely scrubbed their entire site of anything having to do with #KleptoQueen or #OneCULT.

Despite Chris Principe being on OneCoin payroll, the association with the company from a public perception standpoint had become so poison that even the infamous "February Issue (January REPRINT) with Ruja's face (image was from the Economist Summit, ironically) can't even be found in their archives any longer at financialit.net/issues

2

Exhibit 2
Page 11

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo @EventsEthiopia @ethioNews @FinnovationLive

CHRIS! issue a statement than! YOU F'd up! YOU'RE SORRY! Lol! YOU BENEFITED! I'll prove!

5:29 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

YOU said Onecoin investors are "pioneers?"

4:10 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

m.youtube.com/watch?v=fDIc5A ... You were a facilitator to this, weren't you?

4:07 AM - 9 Sep 2017

Exhibit 2
Page 12



**Tim Tayshun** @ezCoinAccess

Replying

to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

# maybe TOO LATE 2 negotiate at this point, DON'T YOU THINK? BRING IT

4:05 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying

to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

# P.s. CHRIS PRINCIPE!! I know who FUNDED your LAWSUIT! That'll be fun

3:59 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess  5h5 hours ago

Replying

to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

So, at this pnt, NEITHER of us can "back out" right? DID U GET PAID?

Exhibit 2

Page 13

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo @FBINewYork @ethioNews @FinnovationLive

## @TheFCA WE exposing YOU has NOTHING to do w/ us! The onus of the ISSUE is U!

3:50 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess  5h5 hours ago
Replying
to @ezCoinAccess @cmpleo @EventsEthiopia @ethioNews @FinnovationLive @FBINewYork

CHRIS! You were "never paid" by "Onecoin Ltd" or "Ms" Ignatova? WHO CARES!?



**Tim Tayshun** @ezCoinAccess  5h5 hours ago
Replying to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive

CHRIS! Is THIS what you're promoting AS A BANKER??  m.youtube.com/watch?v=7QNIJv ...

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive

## CHRIS! I'm "all in" on this one! FOR THE TRUTH TO COME OUT! How 'bout YOU?

**Tim Tayshun** @ezCoinAccess  6h6 hours ago
Replying
to @ezCoinAccess @cmpleo @TheFCA @SEC_Compliance @ethioNews @FinnovationLive @FBINew York

Exhibit 2
Page 14

U R gonna waste 1 more SINGLE SATOSHI of mine...? TRY ME!

**Tim Tayshun** @ezCoinAccess  6h6 hours ago
Replying to @ezCoinAccess @cmpleo and 4 others
@FBINewYork CHRIS! YOU WANT ME TO GO INTO DETAILS ON THIS!?!? I'M IN!!

**Tim Tayshun** @ezCoinAccess  6h6 hours ago
Replying to @ezCoinAccess @cmpleo and 3 others
Chris! Your LAWSUIT is SERIOUSLY "cramping my style" &WASTING MY TIME! @SEC_Compliance

**Tim Tayshun** @ezCoinAccess  6h6 hours ago
Replying to @ezCoinAccess @cmpleo and 3 others
Chris! You ready to PUBLICLY APOLOGIZE for attacking a CONSUMER PROTECTION ADVOCATE? No?

**Tim Tayshun** @ezCoinAccess  6h6 hours ago

Hey Chris! FEDERAL COURT is what you want? I can promise you'll have plenty of it!

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo and 3 others
You WERE a "small" piece of the puzzle! You CHOSE to put YOURSELF at the forefront! Thx
3:05 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo and 3 others
Chris! You're a BANKER! Aren't you VP of TSG? Did TSG facilitate MONEY LAUNDERING 4 OC?
3:02 AM - 9 Sep 2017

**Tim Tayshun** @ezCoinAccess
Replying to @b93325df632d4f8 @cmpleo and 4 others
news.sina.com.cn/c/2017-09-08/d  ... Is EVERYTHING #FakeNews to u now?

Exhibit 2
Page 15

1:33 PM - 8 Sep 2017

**Tim Tayshun** @ezCoinAccess  Sep 7
youtu.be/OQDLrsSnX6k Onecoin trx's are NOT blockchain based. Onecoin is a scam. Your keynote?

**Tim Tayshun** @ezCoinAccess  21h21 hours ago
Replying to @ToineClifton @FinnovationLive and 2 others
@cmpleo Hey Chris, great news (for me)!

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted
Hey @cmpleo I'm curious. Is @FinnovationLive concerned at all @U being INFAMOUS for promoting #Onecoin PONZI SCAM?
news.bitcoin.com/part-deux-onec    ...
twitter.com/FinnovationLiv   ...

Exhibit 2
Page 16

**Tim**
**Tayshun** @ezCoinAccess @FBI @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement @SEC_Compliance

# you guys are so screwed
2:27 AM - 18 Sep 2017

1. **Tim Tayshun** @ezCoinAccess  6h6 hours ago

@FBI @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement @SEC_Compliance

CHRIS! I'm "all in" on this one! FOR THE TRUTH TO COME OUT! How 'bout YOU?
P.s. I know who FUNDED you! That'll be fun! CHRIS! You were "never paid" by "Onecoin Ltd" or "Ms" Ignatova? WHO CARES!?

CHRIS! YOU WANT ME TO GO INTO DETAILS ON THIS!?!? I'M IN!!

9:02 AM - 18 Sep 2017

Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess
Replying
to @ezCoinAccess @SEC_Compliance @FBINewYork @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement
Chris! Your LAWSUIT is SERIOUSLY "cramping my style" &WASTING MY TIME!
9:12 AM - 18 Sep 2017

Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess
Replying
to @ezCoinAccess @cmpleo @FBINewYork @FBINewYork @FBIMiamiFL @SEC_News @SEC_Enforcement
Chris! You're a BANKER! Did your friends facilitate MONEY LAUNDERING 4 OC?

Hey Chris! FEDERAL COURT is what you want? I can promise you'll have plenty of it!
9:16 AM - 18 Sep 2017

**Tim Tayshun** @ezCoinAccess  6h6 hours ago
@widell_ari @FBINewYork @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement @SEC_Compliance

Exhibit 2
Page 17

You know infamous bald dude 2L in OlePay shot w/ buddies, Chau Nguyen & @cmpleo ? I DO out THEIR other POE pal! See that? It's your guy! He entered n2 OC PONZI relationship for money channel op!





1. **Ari Widell** @widell_ari  6h6 hours ago

What's this new fist-of-rock-sign? Don't they know that paper wins rock?

Exhibit 2
Page 18

**Tim Tayshun** @ezCoinAccess

Replying
to @widell_ari @FBINewYork @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement @FBI @SEC_Compliance

# Awesome video & article. FOLLOW THIS THREAD TO FIND ECONOMIC CRIME. PLEASE TAKE ACTION!

9:22 AM - 18 Sep 2017

1. **Tim Tayshun** @ezCoinAccess  6h6 hours ago

@FBI @FBINewYork @FBIMiamiFL @cmpleo @SEC_News @SEC_Enforcement @SEC_Compliance

That's "PowerOn Express" SCAM/ Exorgonix VERY INFAMOUSbackers!
blockevolution.blogspot.com/?m=1

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @FBI @FBINewYork @FBIMiamiFL @cmpleo @SEC_News
@SEC_Enforcement @SEC_Compliance

# U guys must already have SEVERAL of these intl economic criminals in your Watch List:
blockevolution.blogspot.com/?m=1

9:43 AM - 18 Sep 2017

Exhibit 2
Page 19

1. **Tim Tayshun** @ezCoinAccess  9h9 hours ago

Do U guys realize I'M ACTUALLY LOOKING 4WD TO MY COURT CASE??? Ask yourselves why I'd do that?

2. **Igor Krnic** @IgorKrnic  5h5 hours ago

Who the hell cares about your case and that guy :D get a room

3. **Crypto Xpose** @CryptoXpose  2h2 hours ago

Actually many of the scammers care a lot.Labine has made several videos about the case. Pierre talked about it,@cmpleo obv backed by scammers

4. **Tim Tayshun** @ezCoinAccess  42m42 minutes ago

That's correct I have dates n which Principe met w/ OTHER OC scammers to fund his case

5. **Igor Krnic** @IgorKrnic  40m40 minutes ago

Good luck dude ;)

6. **Tim Tayshun** @ezCoinAccess  35m35 minutes ago

@FBINewYork @cmpleo Thx Igor. Just for fun, look up Chris's new buddies: blockevolution.blogspot.com/?m=1 #Onecoin



Exhibit 2

Page 20



7. **Igor Krnic** @IgorKrnic  32m32 minutes ago

I am affraid for your health with what you do and where you waste energy. Cancer lurks

8. **Crypto Xpose** @CryptoXpose  26m26 minutes ago

In the end, Tim is doing a huge favor for you too. And for all who are interested in real cryptocurrencies.

9. **Igor Krnic** @IgorKrnic  19m19 minutes ago

No one should waste his energy and health for someone else. I learned that the hard way and I am done wasting time for someone else ;)

# Tim Tayshun @ezCoinAccess
Replying to @IgorKrnic @cmpleo @FBINewYork

0.01 BTC or open market VALUE in ONE which is ~800.0 fake BS coins from victim donated accts

**Tim Tayshun** @ezCoinAccess  58m58 minutes ago
That's correct I have dates n which Principe met w/ OTHER OC scammers to fund his case

# Crypto Xpose @CryptoXpose

Exhibit 2
Page 21

Replying to @IgorKrnic @cmpleo @FBINewYork

I'm sorry, should Tim just sit doing nothing, while Principe backed by OneCoin scammers sue him for

lots of money? Wasting energy?

9:23 AM - 19 Sep 2017

## Tim Tayshun @ezCoinAccess

@FBINewYork @cmpleo Chris Principe appears 2Ba serial scam opportunist who'll enable

Money Laundering opportunities to infamous criminals

1. **Crypto Xpose** @CryptoXpose  36m36 minutes ago

Tim is fighting for himself and for the real CC scene. What you say sounds pretty selfish. I had impression you want to help others as well

2.     **Onecoin Onelife Army** @OnecoinA  32m32 minutes ago

Lmao! Tim , yourself , Bjorn & others are mentality deranged byproducts of " every kid gets a trophy" society! Tim is squirming like a snake

## Crypto Xpose @CryptoXpose
Replying to @IgorKrnic @cmpleo @FBINewYork

Some people just can't look the other way when they see scammers, injustice, and ignorant

people lured in to lose their pension fund.

9:38 AM - 19 Sep 2017

1. **Maurice G** @potsofgold4u  12h12 hours ago

OneCoin – OneLife Review  fb.me/V4DkBmcR

2.     **Tim Tayshun** @ezCoinAccess  9h9 hours ago

You're going down too, scammer. Enjoy while you can.

Exhibit 2
Page 22



3.   **Tim Tayshun** @ezCoinAccess  9h9 hours ago

@FBI @FBIMiamiFL @FBINewYork follow this thread! The MONEY LAUNDERING can B LINKED 2 TRADE SOLUTIONS GROUP & OlePay Need help?



Exhibit 2

Page 23

4.   **Tim Tayshun** @ezCoinAccess  9h9 hours ago

AT FBI: PLEASE FOLLOW ME & MAKE SURE I'M SAFE!!! THIS IS INTL. ECONOMIC CRIME!! WATCH ME PLEASE!



5.   **Tim Tayshun** @ezCoinAccess  9h9 hours ago

BaFIN, Germany's Financial Authority measured >€360M laundered thru their banks in 12mo's! >$2B!

1.   **OneCoin United** @OnecoinUnited  10h10 hours ago

Did you push your limits today?

## Tim Tayshun @ezCoinAccess
Replying to @OnecoinUnited

I sure F'ng did! Did you? Onecoin = #economic #fraud @cmpleo
12:56 AM - 19 Sep 2017

## Tim Tayshun @ezCoinAccess
Replying to @ezCoinAccess @FBI and 2 others
Do a favor & arrest Trade Solutions Group and Olepay AT LEAST so I don't C his scammer ass N court!

Exhibit 2
Page 24



**Tim Tayshun** @ezCoinAccess

[@cmpleo](#) [@FBI](#) [@FBINewYork](#) [@FBIMiamiFL](#) Oh, Chris! This is getting FUN!! Bjorn Thomas?? Nigel Allen??? JARLE THORSEN?!?! CHAU NGUYEN!!!? HOLY CRAP! URN BIG!

12:47 AM - 19 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying to [@ezCoinAccess](#) [@cmpleo](#) @FBIMiamiFL @FBI @FBIAtlanta @FBINewYork

Chris, I have a question for you! DO U THINK U CAN FLY BELOW THE RADAR SUPPORTING THESE CRIMINALS?

12:50 AM - 19 Sep 2017

Exhibit 2
Page 25

**Tim Tayshun** @ezCoinAccess

Replying to @Direct_Selling @BTCTN @coindesk @jamieCrypto

@cmpleo @FBI @FBIAtlanta @FBIMiamiFL @FBINewYork #TSG #OlePay have fun w/ this good guys!

12:53 AM - 19 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo @BTCTN @jamieCrypto @Direct_Selling @FBI @FBIAtlanta @FBIMiamiFL @FBINewYork

maybe Chris Principe wants to sue cc community dry?

**Tim Tayshun** @ezCoinAccess

Have fun scamming, scammers

11:08 AM - 18 Sep 2017

**Tim Tayshun** @ezCoinAccess

Replying to @BitcoinKhaleesi @peoplefinance41

So many leaders now abandoning for other scams, but yes. Over 70 arrests now in 6

countries #Onecoin scam

Exhibit 2

Page 26

1. **Tim Tayshun** @ezCoinAccess  13h13 hours ago

@cmprincipe1 @cmpleo @FBI @FBIMiamiFL @FBINewYork Chris Ugetting excited yet 2 SUE ME? What kind of IDIOT sues a EXPERT proving laundering?

2. **Tim Tayshun** @ezCoinAccess  13h13 hours ago

Like seriously DUDE!? You don't think If I CAN PROVE YOURINVOLVEMENT, THEY CAN'T? SMH!

3. **Tim Tayshun** @ezCoinAccess  13h13 hours ago

U attack ME for EXPOSING UR ASS??? I won't stop EXPOSING YOUR ASS until UR in JAIL #TSG

**Tim Tayshun** @ezCoinAccess  13h13 hours ago

Tell your attorney, Howard Kroll, I'm calling you an accomplice to PONZI, ON THE RECORD!

4. **Tim Tayshun** @ezCoinAccess  13h13 hours ago

How DARE U waste both my time & $$ you JERK! See you in Court! Won't be last time either!

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo @FBI @FBIMiamiFL @FBINewYork

FEDS! Follow ALL DRAMA by searching "Chris Principe" on this site

http://behindmlm.com/companies/onecoin/chris-principe-sues-over-lost-skyway-capital-pr-deal-75000/ ...

7:49 PM - 19 Sep 2017

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo @FBI @FBIMiamiFL @FBINewYork

HEY FEDS!!! FOLLOW THE WIRE FRAUD AND MONEY LAUNDERING TRAIL! #TSG #OlePay #EconomicFraud

7:35 PM - 19 Sep 2017

Exhibit 2
Page 27



**Tim Tayshun** @ezCoinAccess
Replying to @Joechow80

The only one taking a haircut is YOU for investing in an obvious scam with abundant red flags

7:09 PM - 19 Sep 2017

Exhibit 2
Page 28

**Tim Tayshun** @ezCoinAccess
Replying to @sebastiantruth @cmpleo
I hope you don't have claustrophobia and the fear of small places
#Onecoin #economic #fraud #ObviousSCAM #Ponzi
11:56 PM - 29 Sep 2017

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted Tim Tayshun
@AaronvanW #BlockchainWest keynote is a ONECOIN PROMOTER/ banker/ magazine publisher who put Ruja Ignatova on 2 of his mag covers. Thoughts?
Tim Tayshun added,

Tim Tayshun @ezCoinAccess
@brucefenton "Blockchain Conferences" have come down to THIS? REALLY? #BlockchainWest
 news.bitcoin.com/part-deux-onec   ......
2:39 PM - 29 Sep 2017

Exhibit 2
Page 29

1. **Tim Tayshun** @ezCoinAccess  Sep 28

Tim Tayshun Retweeted Chris DeRose

Have fun with it, but don't get sued like I am (although that's not gonna end up as he planned, I guarantee you that) Nevertheless, a hassle

Tim Tayshun added,

**Chris DeRose** @derose

Replying

to @ezCoinAccess @wences @wences @PanteraCapital @ccoin_news @timpastoor @TimDraper @AdamDraper @waterhousephd @michaeldupreejr @NickSzabo4 @derose @SimonDixonTwitt

Thank you for bringing this to my attention :)

2. **Mohamed E** @Frazem11  Sep 28

My God. We have a ton of work. Scam ICO's are going to assist the 'Great Wealth Transfer" from the innocent,uninformed to rogues. Help, Help

3. **Tim Tayshun** @ezCoinAccess  Sep 28

This one is WELL > billion $$ now!! €60,000,000 went thru Germany alone in 12mo

news.bitcoin.com/beware-definit  … I been fighting

4. **Mohamed E** @Frazem11  Sep 28

When this history is being written, well stand proud knowing we did our bit, irrespective of the outcome

5. **Tim Tayshun** @ezCoinAccess  Sep 28

Sooo He's been speaking in Africa & Asia where #Onecoin continues to financially rape new victims

Exhibit 2

Page 30



**Mohamed E** @Frazem11
Replying to @ezCoinAccess @derose
Remember, we're not targeting any particular coin. Were after Crapcoin, Scamcoin & Shitcoin. They're the enemy. May the Force be with you:)
4:30 PM - 28 Sep 2017

**Mohamed E** @Frazem11
Replying to @ezCoinAccess @derose
This sh█gettin real. Possible Solutions:Write,tweet,youtube &encourage anyone with followers to do same.Just be honest.Research, research
4:28 PM - 28 Sep 2017

**Igor Krnic** @IgorKrnic  Sep 22
Many people believe she kinda knows what she is doing. Seeing regulation preps for crypto are yet to come delays have sense

**Tim Tayshun** @ezCoinAccess  Sep 23
Scams n crypto IS BAD4CRYPTO Onecoin WILL cost the industry BILLIONS in compliance!

**Tim Tayshun** @ezCoinAccess
Replying to @Bitcoin_Friend @brucefenton

Bruce I'm fighting ChrisPrincipe/ Onecoin in FEDERAL COURT Per

https://news.bitcoin.com/bruce-fenton-letter-onecoin/ ... I NEED INDUSTRY SUPPORT!
9:31 AM - 28 Sep 2017

**Bitcoin_Friend** @Bitcoin_Friend  15h15 hours ago
Replying to @ezCoinAccess @brucefenton
Anytime . This sh█oin needs to stop

https://news.bitcoin.com/bruce-fenton-letter-onecoin/

Exhibit 2
Page 31

**Tim Tayshun** @ezCoinAccess  Sep 28
Replying to @ezCoinAccess @Frazem11 @derose
This guy is supposedly a career BANKER. Lol. Doesn't he have some fiduciary responsibilities to understand hyperinflation?



**Mohamed E** @Frazem11  Sep 28
Replying to @ezCoinAccess @derose
Well, you have another soldier at your side:)We need every able minded man to join. Encourage all with amplified voices to warn & educate

**Tim Tayshun** @ezCoinAccess  Sep 28
Mr. Principe sits onstage for Q&A w/ top Onecoin scammers incl CONVICTED PONZI FELON Tom McMurrain

**Tim Tayshun** @ezCoinAccess  Sep 28
READ THIS:  news.bitcoin.com/part-deux-onec   ... Keynote Speaker last mo. @ OneLife Network (ie #Onecoin ) "Leadership Summit" SUING ME

Exhibit 2
Page 32



**Tim Tayshun** @ezCoinAccess

Tim Tayshun Retweeted Patrick Dugan

Yep! Chris Principe=V.P. Trade Solutions Group #TSG established wire payment channels for Onecoin &other VICTIMS to purchase PONZI packages

Tim Tayshun added,

**Patrick Dugan** @duganist
Replying to @ezCoinAccess @brucefenton
SEC enforcement is not fun but it only ruins your career. These people are going down like Josh Garza for Wire Fraud.
7:46 AM - 28 Sep 2017

1. **Patrick Dugan** @duganist  Sep 28

Replying to @ezCoinAccess

Exhibit 2
Page 33

Technically you can be guilty of wire fraud for using any wires in your fraud, not just bank wires. Computer wires count too.

    2.    **Tim Tayshun** @ezCoinAccess  Sep 28

This is video great from a OneLie/    OneCULT Event in Phu Quoc, Vietnam last month. This

BANKER knows exactly the Onecoin fraud



**Tim Tayshun** @ezCoinAccess  Sep 27

@brucefenton "Blockchain Conferences" have come down to THIS? REALLY? #BlockchainWest

news.bitcoin.com/part-deux-onec     ... Onecoin promoter as keynote

**Patrick Dugan** @duganist

Replying to @ezCoinAccess @brucefenton

"How to do a successful ICO post-launch promotion campaign!" Speakers credentials: not yet in prison.

6:30 AM - 28 Sep 2017

**Ari Widell** @widell_ari

Replying to @ezCoinAccess @brucefenton

Exhibit 2

Page 34

# OMG! It's Chris Ponzipe! Was he invited as a comic relief to the conference?

3:42 AM - 28 Sep 2017

**Tim Tayshun** @ezCoinAccess
Follow
More

Tim Tayshun Retweeted Jacko Law Group, PC

#Decentralized #decentralized #distributed #miners #consensus #Algorithms #compliance #moneylaundering #wirefraud #MLM #networkmarketing #CryptoScam #cryptodrama #CryptoNews #Cryptoassets #cryptocoinsnews #shitcoin #Onecoin #ScamAlert #scamaware #scam #scammers #ponzi #FBI #cryptocurrencies #cryptotwitter #cryptotrading #cryptoProfessional #cryptography #cryptomoney #cryptointerview #CryptoExchangeNews #Crypto #bitcoinchina #blockchain4good #BlockchainNow #BlockchainRevolution #blockchains #blockchaintechnology #BTC #btcusd #btcchina #Crypto

# For some reason this strikes as extremely applicable today ;)

Tim Tayshun added,
**Jacko Law Group, PC** @JackoLawGroup
#Investors should always research the background of individuals and firms before investing with them. Here's why:  jacko.legal/9km4
7:34 AM - 28 Sep 2017

**Pump 'n Dump** @1DogeIs1Doge
Follow
More

Pump 'n Dump Retweeted

I hit a nerve with the #scammer..This coins so sh█ it's not even listed on coin market cap $CRYPTO https://twitter.com/IPNCrypto/status/911659981342105600 ...

Pump 'n Dump added,
2:36 PM - 23 Sep 2017

**Tim Tayshun** @ezCoinAccess

Tim Tayshun Retweeted Antminer Marketplace
Not 100% confirmed, but very good source and appears quite feasible. Alleged official announcement next month. #blockchain
11:42 AM - 23 Sep 2017

Exhibit 2
Page 35

1. **Crypto Xpose** @CryptoXpose  49m49 minutes ago

OneCoin scammer @cmpleo Chris Principe appears to be removed from Blockchain West event.



**OneCoinInsider** @OneCoinInsider
Replying to @CryptoXpose @cmpleo

Media partners FinancialIT &FinFuture also removed Bye bye #OneCoin       scammer

Chris Principe

http://webcache.googleusercontent.com/search?q=cache:http://blockchainwest.com/s

an-francisco-2017/ ... http://blockchainwest.com/san-francisco-2017/ ...



4:52 PM - 2 Oct 2017

Exhibit 2
Page 36

**Ari Widell** @widell_ari

Replying to @CryptoXpose @cmpleo

Principe's magazines are not media partners of Blockchain West either. The logos were

present before cancelling Principe's appearance.

4:14 PM - 2 Oct 2017

**Tim Tayshun** @ezCoinAccess

@FBI @FBINewYork @FBIMiamiFL SEC is cracking down on ICOscams like #Onecoin

SEE @cmpleo Trade Solutions Group svcs      http://fortune.com/2017/10/01/sec-ico-

fraud-charges/ ...



6:40 PM - 1 Oct 2017

**Tim Tayshun** @ezCoinAccess

@brockpierce What's your thoughts
on #BlockchainWest SF offerig KEYNOTE SPEAKER

Exhibit 2
Page 37

position to #Onecoin OLN promoter!?

news.bitcoin.com/part-deux-onec    ...



2:11 PM - 2 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @VisibilityShift

Ur thoughts on 1 of the biggest #Onecoin #ponzischeme promoters being KEYNOTE at #BlockchainWest ?

news.bitcoin.com/part-deux-onec    ...



1:59 PM - 2 Oct 2017

Exhibit 2
Page 38

**Tim Tayshun** @ezCoinAccess

Replying to @Measlyseeker9

Onecoin is an OBVIOUS SCAM and has exactly ZERO properties of real cryptocurrency. ARE YOU BLIND!?!



1:41 PM - 2 Oct 2017

**Tim Tayshun** @ezCoinAccess

Follow
More

Replying to @OnecoinMoney

please stop scamming or go to jail

1:39 PM - 2 Oct 2017

**Tim Tayshun** @ezCoinAccess

Replying to @SAMIISIDDIQUI

How many countries must ban #Onecoin & how many arrests must take place before u stop promoting an OBVIOUS SCAM??? Seriously!

1:24 PM - 2 Oct 2017

Exhibit 2
Page 39

**Tim Tayshun** @ezCoinAccess

@FBI @FBINewYork @FBIMiamiFL SEC is cracking down on ICOscams like #Onecoin SEE @cmpleo Trade Solutions Group svcs fortune.com/2017/10/01/sec ...



6:40 PM - 1 Oct 2017

**Tim Tayshun** @ezCoinAccess

Replying to @SAMIISIDDIQUI

You continue to throw out cheap words like "opinion." NO! WHAT I'M SAYING IS FACT! Dozens of authorities have later confirmed

12:13 PM - 1 Oct 2017

Exhibit 2
Page 40

**Tim Tayshun** @ezCoinAccess
Replying to @sebastiantruth

## Tell it to the judge, fraudster.

3:43 PM - 5 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @inoviglez @YouTube

## don't listen to this SCAMMER!!! Do your own Due Diligence!!

7:45 AM - 5 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @kamranhye

## hope you get arrested and have to face the music

7:44 AM - 5 Oct 2017

**Tim Tayshun** @ezCoinAccess   Oct 4
Let's ENGAGE and speak about FACTS. My Court Case will PROVE that Chris Principe is a PIECE OF SH█ SCAMMER! You watch me!

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

## Here's some fun math for you. Do you know how to math??

## kusetukset.blogspot.com/2016/07/?m=1 Also, the scammer is well mentioned here

6:03 AM - 5 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @Bjulice @YouTube

## LOL. Are you done pimping the Onecoin scam now?

6:01 AM - 5 Oct 2017

Exhibit 2
Page 41

**Tim Tayshun** @ezCoinAccess  Jul 10
@bep_barbara BREAKING NEWS! Chris Principe CoverGirl Ruja Ignatova OFFICIALLY CHARGED 4 PONZI FRAUD! #Onecoin #SCAM indianexpress.com/article/cities . . . . . . . . . . …

**Tim Tayshun** @ezCoinAccess  Oct 5
Replying to @BTC_de_Blog @NicolasDorier @_jonasschnelli_
My 1st US Court date is next Friday for #Onecoin scam promoter suing me

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted DirectSelling Report

## @cmpleo Behold the future of Trade Solutions Group who facilitated payments to Onecoin scammers and more

Tim Tayshun added,
**DirectSelling Report** @Direct_Selling
Replying to @Direct_Selling
2/ "Investigations have begun; criminal investigations should begin against #Onecoin across Europe." —Criminal commissioner Antti Perälä
11:22 PM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted Tim Tayshun

## @FBI @FBINewYork @FBIMiamiFL @SEC_Enforcement @SEC_News @TheJusticeDept @USTreasury

FOLLOW THE              TRAIL: Trade Solutions Group Chris Principe

**Tim Tayshun** @ezCoinAccess
@cmpleo How many SUICIDES will th collapse of Onecoin PONZI FRAUD cause? HOW MANY OF THOSE WILL YOU HAVE CONTRIBUTED TO YOU FU█NG SCUMBAG!
4:01 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess

## @cmpleo How many SUICIDES will th collapse of Onecoin PONZI FRAUD cause? HOW MANY OF

Exhibit 2
Page 42

THOSE WILL YOU HAVE CONTRIBUTED TO YOU FU█NG SCUMBAG!

3:53 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

WTF YOU TALKING ABOUT?! This is me with a PAID SCAM COPY of Financial IT Magazine FRAUD REPRINT (of the previous issue)



3:10 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

Scammers get kicked out of "blockchain events." Sorry Chris Principe, you scamming pieced sh█! Someone figured you out!

3:08 AM - 4 Oct 2017

Exhibit 2
Page 43

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

Oh, u watch what happens to that piece of SH█ scammer Chris Principe!!! The IDIOT choose 2go after the #1EXPERT on OneCon!

3:03 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess  Oct 4
Let's ENGAGE and speak about FACTS. My Court Case will PROVE that Chris Principe is a PIECE OF SH█T SCAMMER! You watch me!

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

any AS█████LE can take any other idiot to court!! It is the OUTCOME of the Case which holds merit!

2:41 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

Have ZERO "allegations" Ideal worth 100% FACTS

2:37 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

Who doesn't know this?? Some PONZI SCAMMER sues someone calling him out you think that's new?? Principe will face justice

2:19 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

Exhibit 2
Page 44

# When I win my case will you THEN speak with me??

2:12 AM - 4 Oct 2017

1. **FAWAZ(I AM GIFTED)** @sholademifawaz  Oct 4

Replying to @ezCoinAccess

You can't even win... So, dnt bother

2. **Tim Tayshun** @ezCoinAccess  Oct 4

Lol. You wait and see buddy

**Tim Tayshun** @ezCoinAccess

## @cmpleo behindmlm.com/mlm/moneymaker …

# When you gonna take responsibility 4 ur actions? (ad fees) – a key component of the DOJ's forfeiture notice

2:04 AM - 4 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @sholademifawaz

# My Court Case against @cmpleo will go down in cryptocurrency HISTORY by the way & I predict that SCAMMING AS█████LE will see:

1:59 AM - 4 Oct 2017

Exhibit 2
Page 45

**Tim Tayshun** @ezCoinAccess

NOT ONLY will i prove my own innocence. I plan to prove that Principe committed wire fraud. I'll try to get cameras I court

1:51 AM - 4 Oct 2017

Exhibit 2
Page 46

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo and 2 others

you ready to "Sue me" you Ponzi fu█ng PIMP?!?! Let's go, you family destroyer! You Ponzi f'ng PIMP!!

4:10 AM - 15 Oct 2017

---

**Tim Tayshun** @ezCoinAccess

Tim Tayshun Retweeted Tim Tayshun

@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork FOLLOW THE PONZI Money TRAIL!! #wirefraud #moneylaundering Economic FRAUD! @cmprincipe1 @cmpleo

Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo and 2 others

I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

4:07 AM - 15 Oct 2017

3h3 hours ago

1. **Tim Tayshun** @ezCoinAccess  18h18 hours ago

Tim Tayshun Retweeted Tim Tayshun
@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork FOLLOW THE PONZI Money TRAIL!! #wirefraud #moneylaundering Economic FRAUD! @cmprincipe1 @cmpleo
Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo and 2 others

I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

Exhibit 2
Page 47

19h19 hours ago

**Tim Tayshun** @ezCoinAccess

I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

1.

1 other like

2.         **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 2 others

I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

**Tim Tayshun** @ezCoinAccess  19h19 hours ago

More

Replying to @ezCoinAccess @cmpleo and 2 others

Better seek a new career, because this industry DOESN'T WANT YOU SCAMMERS! Let's talk about

TSG you POS!

3.         **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 3 others

Chris Principe Had Addressed NUMEROUS VICTIMS of #Onecoin scam calling them "PIONEERS!" #LIAR!

4.         **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 3 others

this CHARACTER is SUING ME 4 exposing his DIRECT BENEFIT from accomplice to PONZI FRAUD! F him!

Exhibit 2
Page 48

5.      **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 3 others

this is ONLY THE BEGINING! OléPay is located IN THE SAME BUILDING & handheld NUMEROUS channels#

6.      **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 3 others

Trade Solutions Group handled WIRE FRAUD funding Juha Parhiala via  Papa1coin.com          it!

7.      **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 5 others

Hanging out w CRIMINALS and accomplice to PONZI FRAUD & the payment channels!

8.      **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 5 others

R there "prizes" 4 turning over SCUMBAGS like this??? I'm PAYING 4 EXPOSING!

9.      **Tim Tayshun** @ezCoinAccess  19h19 hours ago

Replying to @ezCoinAccess @cmpleo and 5 others

He's in bed with BILLION DOLLAR SCAMMERS in the Ponzi world!! Track his ass!

10.     **Tim Tayshun** @ezCoinAccess  20h20 hours ago

Replying to @ezCoinAccess @cmpleo and 5 others

Exhibit 2
Page 49

check out Chris Principe's connection to some of THE BIGGEST SCAMMERS ON        !!!

11.      **Tim Tayshun** @ezCoinAccess  20h20 hours ago

Replying to @ezCoinAccess @FBI and 3 others

@Trancer_Ray @cmpleo @cmprincipe1 check out THESE LEADS!!!

12.      **Tim Tayshun** @ezCoinAccess  20h20 hours ago

Replying to @ezCoinAccess @cmpleo and 2 others

you picked the WRONG Consumer Advocate to "F" with, SCAMMER! Now DEAL w/ THE CONSEQUENCES U fucking KOOK!

**Crypto Xpose** @CryptoXpose

OneCoin scammer @cmpleo Chris Principe was kicked out of the Eximchain Advisory Board.   eximchain.com

@Trancer_Ray I assume you already KNOW of the Onecoin fraud scam? Are you doing anything to alert authorities? Perhaps I can help.

Yeap, it Is a sarcastic, I'm from México and there are too much people talking of this sh▇ty frauds so

don't be afraid

That son-of-a-BIT▇H has made me dip n2 MY OWN crypto savings 4 my attorney costs! PIECE O SH▇T!! He's now ONECOIN PUBIC ENEMY#1

I'm really sorry to hear that, when I start into crypto world I was so close to spend my money to these shitty basta▇

1.      @cmpleo @cmprincipe1 is a PIECE OF SH▇T SCAMMER PONZI SHILL!! Trust me! The crypto community will get the last laugh! #FRAUD !

**Tim Tayshun** @ezCoinAccess  **Tim Tayshun** @ezCoinAccess  20h20 hours ago

I'll not only see you IN COURT (unless UR incarcerated, you piece of shit!), but I'll PROVE your FRAUD!

Exhibit 2

Page 50

Replying to @ezCoinAccess @cmpleo and 2 others

# I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

4:04 AM - 15 Oct 2017

**Tim Tayshun** @ezCoinAccess  20h20 hours ago
That son-of-a-BIT█ has made me dip n2 MY OWN crypto savings 4 my attorney costs! PIECE O SH█T!! He's now ONECOIN PUBIC ENEMY#1

**Tim Tayshun** @ezCoinAccess
FollowFollow @ezCoinAccess
More
Tim Tayshun Retweeted Tim Tayshun

# @FBI @FBIAtlanta @FBIMiamiFL @FBINewYork FOLLOW THE PONZI Money TRAIL!! #wirefraud #moneylaundering Economic FRAUD! @cmprincipe1 @cmpleo

Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo and 2 others
I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!
4:07 AM - 15 Oct 2017

**Tim Tayshun** @ezCoinAccess  19h19 hours ago
Replying to @ezCoinAccess @cmpleo and 2 others
Better seek a new career, because this industry DOESN'T WANT YOU SCAMMERS! Let's talk about

TSG you POS!

**Tim Tayshun** @ezCoinAccess  19h19 hours ago
Tim Tayshun Retweeted Tim Tayshun
#Onecoin SCAMMERS! WATCH HOW THIS GOES DOWN!
Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess

Exhibit 2
Page 51

Replying to @ezCoinAccess @cmpleo and 2 others

I'll not only see you IN COURT (unless UR incarcerated, you piece of sh█t!), but I'll PROVE your

FRAUD!

@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork FOLLOW THIS SCAMMER'S MONEY TRAIL OF PONZI FRAUD THROUGH "TRADE SOLUTIONS GROUP!" Have fun w that!

**Tim Tayshun** @ezCoinAccess  20h20 hours ago
Replying to @ezCoinAccess @cmpleo and 2 others
you picked the WRONG Consumer Advocate to "F" with, SCAMMER! Now DEAL w/ THE CONSEQUENCES U fucking KOOK!

**Tim Tayshun** @ezCoinAccess  20h20 hours ago
Tim Tayshun Retweeted Tim Tayshun
@FBI @FBIAtlanta @FBIMiamiFL @SEC_Enforcement @SEC_News @FIBA @FIBA_es @FIBA_media @secret_mlm @brucefenton SEE MY THREADS! #scammer #Ponzi

**Tim Tayshun** @ezCoinAccess
FollowFollow @ezCoinAccess
More
Replying to @ezCoinAccess @Trancer_Ray

## @cmprincipe1 @cmpleo Hey U FUCK! This isn't gonna end well! PAY ME MY ATTORNEY FEES & DEAL W/ FACT THAT U PROMOTE A PONZI SCAM!

2:37 AM - 15 Oct 2017

**Tim Tayshun** @ezCoinAccess  21h21 hours ago
Replying to @ezCoinAccess @Trancer_Ray
@cmprincipe1 @cmpleo Hey U F█CK! This isn't gonna end well! PAY ME MY ATTORNEY FEES & DEAL W/ FACT THAT U PROMOTE A PONZI SCAM!

**Tim Tayshun** @ezCoinAccess
Replying to @Trancer_Ray

## That son-of-a-BI█H has made me dip n2 MY OWN crypto savings 4 my attorney costs! PIECE O SH█!! He's now ONECOIN PUBIC ENEMY#1

2:29 AM - 15 Oct 2017

Exhibit 2
Page 52

1. **Tim Tayshun** @ezCoinAccess  2h2 hours ago

Tim Tayshun Retweeted Tim Tayshun
@FBI @FBINewYork @FBIMiamiFL @SEC_Enforcement @SEC_News Scammers gonna Scam! Follow the $ trail. Principe is in bed with top 10 Ponzi's
Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess

@Trancer_Ray @cmpleo @cmprincipe1 DID PRINCIPE WRITE BOTH #Ruja / #Onecoin SCAM

ARTICLES? "Neither Ms Ignatova or Onecoin Ltd has paid..."

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @FBI @SEC_News @FBINewYork @FBIMiami @SEC_Enforcement
## @Trancer_Ray @cmpleo @cmprincipe1 Whatever else u need 2 PROSECUTE the scammer, LMK
6:08 AM - 18 Oct 2017

1. **Maurice G** @potsofgold4u  3h3 hours ago

Hi, You all ask me how Onecoin will enter the market? "We want to go outside the outside world, we do not want to...  fb.me/8TNPhC3bZ

**Tim Tayshun** @ezCoinAccess
Replying to @potsofgold4u
## Hi Maurice. Go fuck yourself, scammer! You're going down w/ TSG and MoonLearning. Have fun w that    @FBI @FBIMiamiFL @cmpleo
5:49 AM - 18 Oct 2017

1. **Dr Zaffar Official** @Dr_Zafar1  Oct 10

What a Mind Blowing Onelife Onecoin Event  youtu.be/7kF01juiclI via @YouTube

Exhibit 2
Page 53

2.      **Tim Tayshun** @ezCoinAccess  4h4 hours ago

How's the Money Laundering and Wire Fraud working out for you nowadays? @TheFCA @actionfrauduk @ScotlandYardCSI #Ponzi

3.      **Mohamed E** @Frazem11  3h3 hours ago

Are you certain youre promoting a legit product? Dont be caught with your pants down. Bad things are being said about Onecoin

**Tim Tayshun** @ezCoinAccess
Replying to @Frazem11 @Dr_Zafar1 @YouTube @TheFCA @actionfrauduk @ScotlandYardCSI

. Follow OFFICIAL bad things said @Onecoin HERE

onecoinscam.info/prohibitions/

5:42 AM - 18 Oct 2017

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted Tim Tayshun

@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork @SEC_Enforcement @SEC_News @brucefenton @Bitcoin_Org_UK @99BitcoinsHQ Chris Principe =SCAMMER #TSG

Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @Dr_Zafar1 and 3 others
maybe ChrisPrincipe @cmpleo will run N2 similar issues U do soon?  news.bitcoin.com/part-deux-onec  ...
5:06 AM - 18 Oct 2017

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @cmpleo @Dr_Zafar1

Exhibit 2
Page 54

I'm SOOOOO CURIOUS how this will all end up! Hopefully 1 OR MORE of us THREE will GO TO PRISON FOR FRAUD! @FBINewYork

4:40 AM - 18 Oct 2017

**Tim Tayshun** @ezCoinAccess
Tim Tayshun Retweeted Tim Tayshun

@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork @SEC_News @SEC_Enforcement @TheFCA @actionfrauduk 4WireFraud&PONZI Money Laundering follow @cmpleo

Tim Tayshun added,
**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @Dr_Zafar1
@cmpleo i'll require UR TSG statements as well as ur F.IT, FF & all PERSONAL & business bank

statements AND CoinBase accts                #FUN
4:35 AM - 18 Oct 2017

1. **Tim Tayshun** @ezCoinAccess  5h5 hours ago

Onecoin leader gets caught in embarrassing moment:  m.youtube.com/watch?v=7QNlJv …

**Tim Tayshun** @ezCoinAccess
Replying to @ezCoinAccess @Nas_1000a @AlyseKilleen @_jonasschnelli_ @bitcoincoreorg

Hey @cmpleo this is CLASSIC! May I see the bank statements for TSG now please

4:25 AM - 18 Oct 2017

1. **BlockchainMeme** @blockchainmeme  6h6 hours ago

For those new to #Crypto, remember 90% of #Cryptocurrencies are scams. Stay heck away from #OneCoin

Exhibit 2
Page 55

2.   **Tim Tayshun** @ezCoinAccess  5h5 hours ago

EPIC! Here's a few more for ya!

3.   **BlockchainMeme** @blockchainmeme  4h4 hours ago

WTF 2X worse than the FEDS. OneCoin Developers should be jailed!

**Tim Tayshun** @ezCoinAccess

Replying to @blockchainmeme

Check the character who's suing me news.bitcoin.com/part-deux-onec  ... He didnt do his Due Diligence on me tho & will face consequences

4:16 AM - 18 Oct 2017

1. **Tim Tayshun** @ezCoinAccess  Oct 15

Tim Tayshun Retweeted Tim Tayshun
#Onecoin SCAMMERS! WATCH HOW THIS GOES DOWN!
Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo and 2 others

I'll not only see you IN COURT (unless UR incarcerated, you piece of sh!t!), but I'll PROVE your FRAUD!

**Tim Tayshun** @ezCoinAccess

@Trancer_Ray @cmpleo @cmprincipe1 DID PRINCIPE WRITE BOTH #Ruja / #Onecoin SCAM

Exhibit 2
Page 56

# ARTICLES? "Neither Ms Ignatova or Onecoin Ltd has paid..."

4:10 AM - 18 Oct 2017

1. **Tim Tayshun** @ezCoinAccess  2h2 hours ago

Replying to @ezCoinAccess @FBI and 4 others

@Trancer_Ray @cmpleo @cmprincipe1 Whatever else u need 2 PROSECUTE the scammer, LMK

2. **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Tim Tayshun Retweeted Tim Tayshun
@FBI @FBINewYork @FBIMiamiFL @SEC_Enforcement @SEC_News Scammers gonna Scam! Follow the $ trail. Principe is in bed with top 10 Ponzi's

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess

@Trancer_Ray @cmpleo @cmprincipe1 DID PRINCIPE WRITE BOTH #Ruja / #Onecoin SCAM ARTICLES? "Neither Ms Ignatova or Onecoin Ltd has paid..."

3. **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Replying to @potsofgold4u

Hi Maurice. Go fu█k yourself, scammer! You're going down w/ TSG and MoonLearning. Have fun w that      @FBI @FBIMiamiFL @cmpleo

4. **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Replying to @Frazem11 @Dr_Zafar1 and 3 others

. Follow OFFICIAL bad things said @Onecoin HERE  onecoinscam.info/prohibitions/

5. **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Exhibit 2
Page 57

Replying to @Frazem11 @Dr_Zafar1 and 4 others

#Onecoin is 100% Ponzi/ pyramid SCAM. PERIOD.

6.  **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Tim Tayshun Retweeted Tim Tayshun
@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork @SEC_Enforcement @SEC_News @brucefenton @Bitcoin_Org_UK @99BitcoinsHQ Chris Principe =SCAMMER #TSG
Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @Dr_Zafar1 and 3 others

maybe ChrisPrincipe @cmpleo will run N2 similar issues U do soon?  news.bitcoin.com/part-deux-onec      ...

7.  **Tim Tayshun** @ezCoinAccess  3h3 hours ago

Replying to @ezCoinAccess @Dr_Zafar1 and 3 others

maybe ChrisPrincipe @cmpleo will run N2 similar issues U do soon?

8.  **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @Dr_Zafar1 @YouTube

How's the Money Laundering and Wire Fraud working out for you nowadays? @TheFCA @actionfrauduk @ScotlandYardCSI #Ponzi

9.  **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess @cmpleo @Dr_Zafar1

I'm SOOOOO CURIOUS how this will all end up! Hopefully 1 OR MORE of us THREE will GO TO PRISON FOR FRAUD! @FBINewYork

10.  **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Tim Tayshun Retweeted Tim Tayshun

Exhibit 2
Page 58

@FBI @FBIAtlanta @FBIMiamiFL @FBINewYork @SEC_News @SEC_Enforcement @TheFCA @actionfrauduk 4WireFraud&PONZI Money Laundering follow @cmpleo

Tim Tayshun added,

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @Dr_Zafar1

@cmpleo i'll require UR TSG statements as well as ur F.IT, FF & all PERSONAL & business bank statements AND CoinBase accts              #FUN

11.      **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess @Dr_Zafar1

@cmpleo i'll require UR TSG statements as well as ur F.IT, FF & all PERSONAL & business bank statements AND CoinBase accts              #FUN

12.      **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess @Nas_1000a and 3 others

Hey @cmpleo this is CLASSIC! May I see the bank statements for TSG now please

13.      **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @Dr_Zafar1

Hey Mr. Zafar can you explain large # claims such as the following? Does Onecoin mint 2x the amount of the US Fed DAILY? Really?

14.      **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess @blockchainmeme

cointelegraph.com/news/keep-mone        ... That explains the context of the looping video. See comments 4 more links. Silly scammers #OneCoin

Exhibit 2
Page 59

15.   **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess @blockchainmeme

*developers

16.   **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @blockchainmeme

Check the character who's suing me  news.bitcoin.com/part-deux-onec     ... He didnt do his Due Diligence on me tho & will face consequences

17.   **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @blockchainmeme

Sorry there's no #Onecoin DEVELOPED to jail       No CTO No dev's No blockchain No coin

shutterstock.com/fi/video/clip-          ... This is their BC

18.   **Tim Tayshun** @ezCoinAccess  4h4 hours ago

Replying to @ezCoinAccess

@Trancer_Ray @cmpleo @cmprincipe1 DID PRINCIPE WRITE BOTH #Ruja / #Onecoin SCAM ARTICLES? "Neither Ms Ignatova or Onecoin Ltd has paid..."

19.   Tim Tayshun Retweeted

**Tim Tayshun** @ezCoinAccess  Oct 15

Replying to @ezCoinAccess @cmpleo and 2 others

I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

20.   Tim Tayshun Retweeted

Exhibit 2
Page 60

**Tim Tayshun** @ezCoinAccess  Oct 15

Replying to @ezCoinAccess @cmpleo and 2 others

Better seek a new career, because this industry DOESN'T WANT YOU SCAMMERS! Let's talk about TSG you POS!

@CryptoXpose @BitcoinAnd @OzDelphi **#fintech** @CTMfile, @FinextraBlogs

**Tim Tayshun** @ezCoinAccess  Oct 15

@Trancer_Ray I assume you already KNOW of the Onecoin fraud scam? Are you doing anything to alert authorities? Perhaps I can help.

1. **Ray Fennessy** @Trancer_Ray  Oct 15

Yeap, it Is a sarcastic, I'm from México and there are too much people talking of this shitty frauds so

don't be afraid

2. **Tim Tayshun** @ezCoinAccess  Oct 15

That son-of-a-BITCH has made me dip n2 MY OWN crypto savings 4 my attorney costs! PIECE O SHIT!! He's now ONECOIN PUBIC ENEMY#1

3. **Ray Fennessy** @Trancer_Ray  Oct 15

I'm really sorry to hear that, when I start into crypto world I was so close to spend my money to these shitty bastards

4. **Tim Tayshun** @ezCoinAccess  Oct 15

@cmpleo @cmprincipe1 is a PIECE OF SHIT SCAMMER PONZI SHILL!! Trust me! The crypto community will get the last laugh! #FRAUD !

5. **Tim Tayshun** @ezCoinAccess  Oct 15

Exhibit 2
Page 61

I'll not only see you IN COURT (unless UR incarcerated, you piece of shit!), but I'll PROVE your

FRAUD!

**Tim Tayshun** @ezCoinAccess

Replying to @ezCoinAccess @cmpleo and 2 others

# I've become a victim of both #Onecoin & Chris Principe for exposing his DEEP involvement in Onecoin scam!

4:04 AM - 15 Oct 2017

**Tim Tayshun** @ezCoinAccess   Oct 15

1. Replying to @ezCoinAccess @cmpleo and 2 others

you ready to "Sue me" you Ponzi fucking PIMP?!?! Let's go, you family destroyer! You Ponzi f'ng PIMP!!



Exhibit 2
Page 62