# Exhibit 3

OneCoin Victim Support

10/16/2017

+1 (949) 939-5531 added you

+1 (949) 939-5531 -Tim Tayshun

I just added "Ponzi-Paid."

Chris, victims in this group have SERIOUS QUESTIONS for you.

Will you answer them?

Are these victims "Pioneers," as you've stated onstage at MULTIPLE Onecoin Ponzi events over the past year and a half?

Also, how much did Trade Solutions Group collect on signing up Onecoin Victims from USA, Canada and Japan (as well as other countries which Domain Registration is not cached and available - I'm working on that though)

WILL YOU ANSWER SOME QUESTIONS FOR THIS GROUP??

I THINK YOU HAVE THE RESPONSIBILITY TO DO SO SINCE RUJA IGNATOVA GRACED COVERS ON BOTH OF THE ONLY TWO MAGAZINES YOU PUBLISH?

Can we talk about www.papa1coin.com and other MoonLearning related sites? Or do you prefer to discuss these in court, in which you'll be defending your lawsuit?

Or maybe smoothie Federal Court scenario, in which I get to present evidence to The Department of Justice and Securities and Exchange Commission?

2:35 am

I actually have a question for you, Chris:

One of the reasons the 160 or so people in this Onecoin VICTIM'S Support Group are here is because THEY didn't do their Due Diligence on the scammers running and promoting Onecoin.

My question is: DID YOU DO ANY DUE DILIGENCE ON ME BEFORE THE SCAMMERS URGED YOU TO LEVEL YOUR LAWSUIT?

Secondly, will these sane scammers support you when you're facing a Federal Indictment with the SEC as the plaintiff and YOU as the defendant?

You do realize that you cost ME, a CONSUMER RIGHTS/ PROTECTION ADVOCATE some money for my Defense in your FRIVOLOUS LAWSUIT BULLSHIT, right??

I hope you know that by instigating that, you're inadvertently become the PREMIER SUBJECT of the investigation of myself and my international TEAM, who is working with international law enforcement. Right?

In simple HARD COSTS, you already owe new over $4500.

In "time invested" you owe me A HELL OF A LOT MORE!

2:43 am

My last words to you (for now) are GTF OUT OF THE CRYPTOCURRENCY/ BLOCKCHAIN SPACE!!!

This industry as community is NOT for SCAMMERS like you!!

You MAY be able to "F" with a few coins of mine FOR NOW, but you have chosen to start A WAR against an entire industry, and you are being revealed for the piece of shit SCAMMER you are!!

I will not rest until THE TRUTH about you is known to ALL the cryptocurrency community, AS WELL AS THE BANKING AND PAYMENTS COMMUNITY (as well as the SEC, FBI, Department of Justice, FINCen, etc).

And by the way ASSHOLE! You brought this on YOURSELF. I have nothing to do with you CHOOSING to promote a Ponzi scam ....ACTUALLY MULTIPLE PONZI SCAMS - WHICH I WILL ALSO PROVE, YOU SCHMUCK!

2:49 am

You made your bed.

Prepare to lie in it!

JUSTICE IS COMING!

2:50 am

[string of photos that were subsequently sent to the group]











[2:59 AM, 10/16/2017] +1 (949) 939-5531: I stand by my words and I will do so in Federal Court, both to defend myself AND TO PROSECUTE YOU!

[3:00 AM, 10/16/2017] +1 (949) 939-5531: Are you ready to take questions yet from "The Pioneers" who invested in Onecoin, as you've claimed IN MULTIPLE ONECULT STAGE APPEARANCES???

[3:02 AM, 10/16/2017] +1 (949) 939-5531: Maybe you should take whatever number you and your SCAMMER friends intended to sue me for, MULTIPLY IT BY 10X and send it here:

1FEi94FGqztwfypJ6rPm17adXPLFaBPWaP

[3:02 AM, 10/16/2017] +1 (949) 939-5531: IDIOT!

[3:02 AM, 10/16/2017] +1 (949) 939-5531: IDIOT!

[3:13 AM, 10/16/2017] +1 (209) 915-9636: Chris will win.  100% guaranteed!!

[3:18 AM, 10/16/2017] +1 (949) 939-5531: Lol. Chris Principe set up a payment channel in November 2015 for Onecoin investors in the USA (where OneCon has ALWAYS fit the SEC's definition of "Pyramid"/ "Ponzi fraud" since day one).

This happened to coincide with the timeline in which Onecoin was DESPERATELY trying to put out the fire it has created but OFFICIALLY announcing that Ruja had been given the Forbes Magazine "cover" - which was determined to be BULLSHIT

[3:21 AM, 10/16/2017] +1 (949) 939-5531: Principe then REPRINTED a former issue of Financial IT and changed out the cover shot and a two page ADVERTORIAL and released it (despite numerous members of the community warning him that Onecoin was a scam, being criminally investigated in numerous countries, and which had lost over a dozen back accounts by that time, under suspicion of Money Laundering)

[3:21 AM, 10/16/2017] +1 (209) 915-9636: Heard this a million times. Doesnt change the fact that Onecoin is a real crytocurrency.

[3:22 AM, 10/16/2017] +1 (949) 939-5531: Principe and Financial IT responded to NO ONE voicing their concerns, and RE-PRINTED the corner copy anyways

[3:22 AM, 10/16/2017] +1 (949) 939-5531: Have you compared the two issues??

[3:23 AM, 10/16/2017] +1 (209) 915-9636: Again, doesnt change the fact that Onecoin is a Real Crypto with a legitimate blockchain

[3:25 AM, 10/16/2017] +1 (949) 939-5531: https://youtu.be/cODVlxpe964




[3:25 AM, 10/16/2017] +1 (949) 939-5531: Lol. http://onecoinscam.info/blockchain-simulator/

Onecoin transactions are NOT blockchain based

[3:52 AM, 10/16/2017] +61 403 579 172: Good luck, Tim I'm not going to reply anymore to this troll.

[3:55 AM, 10/16/2017] +44 7881 369051: He's away for a dump😂😂 dosent need loo roll just plenty mouthwash

[3:56 AM, 10/16/2017] +1 (949) 939-5531: He's mining Onecoin right now

[3:56 AM, 10/16/2017] +61 403 579 172: He's from California, what an ass. He shouldn't even be trading in the USA.

[3:56 AM, 10/16/2017] +1 (949) 939-5531: 💩💩💩💩💩

[3:56 AM, 10/16/2017] +61 403 579 172: 😂😂😂😂

[3:57 AM, 10/16/2017] +44 7888 763661: Whoever u are my dear

U are talking utter

Rubbish

U are either blind

Or

U are here to impress ur scamming queen showing ur loyal messages

[3:57 AM, 10/16/2017] +44 7888 763661: Go away

[3:57 AM, 10/16/2017] +61 403 579 172: Police should trace his number for investment fraud.

[3:57 AM, 10/16/2017] +1 (949) 939-5531: So true

Onecoin has NO RETAILABLE PRODUCT

By definition, that is a Ponzi scam in USA

[3:58 AM, 10/16/2017] +61 403 579 172: Someone send his number to the US authorities.

* * *

[4:42 AM, 10/16/2017] +44 7833 471033: !!

[4:42 AM, 10/16/2017] +1 (949) 939-5531: ????

[4:43 AM, 10/16/2017] +44 7833 471033: Now Chris Principe, your turn!!!!

[4:47 AM, 10/16/2017] +27 83 656 9699: Thank you Jen,

I know you guys have a ruling that nobody will get removed accept for extreme reasons

Some members just don't want to believe that one coin has lost us and others and future members millions,

Then they must leave and peacefully so.

[4:51 AM, 10/16/2017] +1 (949) 939-5531: I'll kick him out of he doesn't respond within the next 12 hours.

He'll OBVIOUSLY be following this conversation.

And I'M SURE people have questions for him (like why is Ignatovain on TWO of the covers of his ass-wipe rag)

That bastard won't say shit, because he DIRECTLY FINANCIALLY BENEFITED from promoting Ponzi fraud.

Ps. He's DONE in the cryptocurrency/ blockchain community.

And he had done that TO HIMSELF

Do not the an ounce of pity on that SCAMMER piece of shit.

[4:52 AM, 10/16/2017] +44 7833 471033: Answer these questions to ALL the VICTIMS in this group who has lost thousands and thousands through your fake ass marketing together with Ruja Ignatova!!!!!

It was through you I personally decided to invest €10,000 into this fake ass cryptocurrency and then build a team who collectively purchased a quarter of a million euros in Onecoin packages.

Your so called credibility in the financial industry gave the green light for thousands and thousands of people to give their life savings to this, sell their homes and yes for some even their lands!!!!

Here you sit in your add and say nothing??????

Open your fking mouth and gives us answers as to why you lied to everyone of us and scammed through all your businesses you had entwined also through this can 'RE gift codes etc, false marketing only yo fatten your wallet further!!!!!!

I've had enough of you and we want answers Now!!!!

How could you do this to people who trusted you????

I hope you rot in jail for ALL the PAIN and SUFFERING you too jave have to people through YOUR LIES and DECEIT!!!!

May your add rot in jail for a LIFETIME and may you receive karma for this for an eternity.

Chris Principe I hope you rot in hell your scamming fraudster and I can't wait till Tim kicks your big ass in federal court and they Fling your ass in the jail.

Don't bend over to pick up the soap whilst your in there, keep your greedy lying ass firmly to the wall!!!!!

You dirty, lying, fraudulent scumbag!!!!!

[4:53 AM, 10/16/2017] +27 83 656 9699: Or get removed

We all look up to Tim, I am trying to help where I can with the financial burden you have to bear

Tim you are our support as well as Jen

Don't let these people make you lose yourself and have to always apologise after.

There will be no room for that when you face principe in court

[4:56 AM, 10/16/2017] +1 (949) 939-5531: Personally, I'm okay with keeping idiots in this group for as long as they're willing to spout off Bullshit, but also so long as they address THE FACTS presented them

The sad thing is that NO OLN/ Onecoin leadership is going to address the core issues this group brings to the table.

They'd rather leave and NOT answer questions which may thrust them into the limelight

[4:57 AM, 10/16/2017] +1 (949) 939-5531: Hey Principe, can you AT LEAST address those "pioneers" whom you have CONSTANTLY REFERRED TO???

[4:58 AM, 10/16/2017] +27 83 656 9699: We Already know that they won't answer

They will stand in court and LIE

[5:18 AM, 10/16/2017] +1 (949) 939-5531: Rewind me to remove Chris "Ponzi-Paid" when I wake up in the morning.

Principe is a PONZI PIMP who will obviously not answer questions, despite his LEADERSHIP role.

Capture this, Ponzi Pimp, while you can!

See you in court in 2018🍭sucker!

[5:18 AM, 10/16/2017]