TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>             Plaintiff,<br><br>       v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>             Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT [27]**<br><br>DATE:   December 1, 2017<br>TIME:   2:30 p.m.<br>CTRM:   10A<br><br>Hon. Josephine L. Staton |

Plaintiff submits this statement of non-opposition regarding his Motion for Preliminary Injunction Order Against Harassment filed on October 20, 2017. Dkt. 27. The hearing on this matter is set for December 1, 2017. *Id.* Per Local Civil Rule 7-9, Defendant's opposition was to be filed not later than twenty-one days before the hearing date. Counting backwards twenty-one days from the hearing, the deadline in this instance would have been November 10, 2017.

However, pursuant to Rule 6(a)(6)(A) of the Federal Rules of Civil Procedure, November 10, 2017 is a legal holiday,[1] making Defendant's opposition to the motion due on the "next day" the Court is open. Fed. R. Civ. P. 6(a)(1)(C). However, in this instance, the "next day" is determined by continuing to count backward from the triggering event, which in this case is the hearing date. Fed. R. Civ. P. 6(a)(5). The "next day" when the opposition would have been due was therefore November 9, 2017. *See id.*

Defendant did not, however, file an opposition by this due date. As a result, the motion should be deemed conceded per Local Civil Rule 7-12, and Plaintiff therefore requests that the Court grant the motion.

DATED: November 10, 2017               Tucker Ellis LLP

                                       By:   /s/Steven E. Lauridsen
                                             Howard A. Kroll
                                             Steven E. Lauridsen
                                             Attorneys for Plaintiff
                                             CHRIS PRINCIPE

---

[1] The Court is closed on November 10, 2017, in observance of Veterans Day, a legal holiday under the Federal Rules. *See* http://www.cacd.uscourts.gov/news/veterans-day-holiday-4

2

1313675.1