Daniel A. De Soto (SBN 205861)
LAW OFFICE OF DANIEL A. DE SOTO
619 South Olive Street, Ste 400
Los Angeles, CA 90014
Telephone:  (323) 743-8995
Facsimile:   (323) 837-4766
desotolegal@gmail.com

Attorney for Defendant Timothy Glen Curry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>Defendant. | Case No: 8:17-cv-00608<br><br>**DECLARATION OF WESLEY GARNER IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: December 1, 2017<br>TIME: 2:30 p.m.<br>CTRM: 10 A<br><br>Hon. Josephine L. Staton |

1

**DECLARATION OF WESLEY GARNER IN SUPPOR OF DEFENDANT TIMOTHY GLEN CURRY'S OPPOSITION TO PLAINITFF'S MOTION FOR PRELIMINARY INJUNCTION**

## DECLARATION OF WESLEY GARNER

I, Wesley Garner, declare:

I am a resident of the city of London in the United Kingdom and am over the age of 18. The facts stated in this declaration are within my personal knowledge, except those stated to be on information and belief, and, if called upon, I could and would competently testify to them.

1. I was a member of Onecoin for a few months, and lost £5,000 I invested into OneCoin.

2. When I first became involved with OneCoin I was given a copy of Chris Principe's magazine featuring OneCoin fonder Ignatova. OneCoin provided videos which featured Chris Principe endorsing OneCoin, and represented he was a financial professional. Mr. Principe promoted OneCoin, advising that it would be a great investment and was safe. There were also videos featuring Mr. Principe speaking on stage, endorsing OneCoin. These helped persuade me to invest in OneCoin.

3. I initially brought a lot of people into OneCoin, and they made investments into OneCoin.

4. We were informed that OneCoin had amazing financial education packages to expand our knowledge, and more importantly, we would receive tokens when we bought the packages that would go into mining OneCoin's alleged cryptocurrency. We were told that the cryptocurrency would be worth millions when we exchanged them in 2018.

5. Unfortunately, I learned from credible sources that OneCoin was crooked. The "cryptocurrency" was not a true cryptocurrency, and the education packages were worthless. This angered me and I went on Facebook Live to let my people know about my bad experience with OneCoin.

6. I have asked for a refund of my investment from OneCoin, but they have refused to refund the money. I have nothing to show for my investment

7. After I went on Facebook Live, Tim Curry contacted me. Since that time Mr. Curry has educated me and others in a group of mine about digital currency and blockchain technology.

8. I know that Mr. Curry has put at least 2 years of his life in educating and warning others so that they will not lose their money into the OneCoin scam like me. His work is invaluable, as there are a lot of potential victims out there that may otherwise fall victim to OneCoin's scam.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed London, the United Kingdom, on November 9, 2017.

_____
Wesley Garner