

```
Daniel A. De Soto (SBN 205861)
LAW OFFICE OF DANIEL A. DE SOTO
619 South Olive Street, Ste 400
Los Angeles, CA 90014
Telephone:  (323) 743-8995
Facsimile:  (323) 837-4766
desotolegal@gmail.com

Attorney for Defendant Timothy Glen Curry


              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA

CHRIS PRINCIPE,                    Case No: 8:17-cv-00608

          Plaintiff,
                                   DECLARATION OF LAYLA
     vs.                           BEGUM IN SUPPORT OF
                                   DEFENDANT TIMOTHY GLEN
TIMOTHY GLEN CURRY A/K/A           CURRY'S OPPOSITION TO
TIMOTHY TAYSHUN,                   PLAINTIFF'S MOTION FOR
                                   PRELIMINARY INJUNCTION
          Defendant.
```

DECLARATION OF LALA BEGUM IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# DECLARATION OF LAYLA BEGUM

I, Layla Begum, declare:

I am a resident of the city of London in the United Kingdom and am over the age of 18. The facts stated in this declaration are within my personal knowledge, except those stated to be on information and belief, and, if called upon, I could and would competently testify to them.

1. I was defrauded by OneCoin in the amount of £54,200. This amount represented 20 years of savings, and is a devastating loss.

2. I went to meetings set up by OneCoin. I was told that OneCoin cryptocurrency would increase in value, and was a great investment opportunity. In order to get tokens to mine the cryptocurrency, I had to pay for education packages. I watched videos featuring people endorsing OneCoin as an investment opportunity and it looked genuine. Saleh Ahmed my leader convinced me my returns would be greater than my deposits of £54,200.

3. Eventually, I grew skeptical about OneCoin and was not seeing a return on my investment. The cryptocurrency cannot be used, and I have nothing to show for my investment. I have no paperwork or genuine account, as the Onecoin

2

DECLARATION OF LAYLA BEGUM IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S OPPOSITION TO PLAINITFF'S MOTION FOR PRELIMINARY INJUNCTION

promoter gave me accounts with no "gift codes"/ access. I asked for my money back, but my money was not returned.

4. I was mislead by Onecoin promoter Saleh Ahmed that I would make quick and easy money on this. Saleh Ahmed lied to me about the business model and fraudulently took my £54,200.00. He is heavily promoting Onecoin and has YouTube videos and social media promoting Onecoin. I have gone to the authorities about this, and am waiting to see if there is some way to get my money back. I have filed a Case with Action Fraud - City of London Police (Case Number NFRC170301789730)

5. I feel that OneCoin promotors take advantage of vulnerable people, and cons people out of money by misleading them about OneCoin's multilevel marketing scheme. The only way to make money is by introducing people to Onecoin and telling them information which isn't reliable. While Recruiters and Leaders mislead us that we are investing in "cryptocurrency," in the fine print (which no one reads), it says it is just an 'educational package' we bought. Who would buy that? That is not what I was "sold!" But in multi-level marketing, you only make money receiving commission on people coming in with money. And the more people you "sell" to and bring in, the more money you make. The more people they sell to, the more money they make and the more commission you receive on them, as well. My Onecoin Leader Saleh Ahmed wanted to hit target +

---
3
DECLARATION OF LAYLA BEGUM IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S
OPPOSITION TO PLAINITFF'S MOTION FOR PRELIMINARY INJUNCTION

become a Top Rank. MLM is about recruiting people as a pyramid. It's very unethical, immoral, and deceiving. Mostly uneducated people with no technical background are targeted. People join based on trust and most leaders encourage people to invest more than the minimum. This way the leaders make commission.

6. OneCoin even falsely represented that they were a Shariah compliant company, however, I later found out that OneCoin was not Shariah compliant. This broke my heart to the extent which Onecoin would use Islamic Law to promote and encourage Muslim Leaders to do this to other muslims. Many people do not know how this is not Sharia compliant. They even follow their leaders like sheep, as they respect their Leaders and blindly follow them.

7. Tim Curry is a genuinely kind person helping people that have fallen victim to the OneCoin scam. He is also warning those that might be lured into its scheme. I wish I had read one of Mr. Curry's articles (who is more well-known online as Tim Tayshun), or seen some of the interesting debates in economics and cryptocurrency which he has gotten into with various people, including those who call themselves Leaders, or even just heard of him before OneCoin took my money. I wish I had contacted him, did the FCA check and done more research.

8. Today I feel that Mr. Curry is guiding me to calm my depression even though I lost faith in getting my money back. Mr. Curry has been helpful and is trying to challenge the scammers and preventing people from joining this scam.

---

4

**DECLARATION OF LAYLA BEGUM IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed London, the United Kingdom, on November 10, 2017.

*Layla Begum*

DECLARATION OF LAYLA BEGUM IN SUPPORT OF DEFENDANT TIMOTHY GLEN CURRY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION