1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>　　　　　Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT [DKT. 27]**<br><br><u>CURRENT HEARING DATE</u><br><br>DATE:　December 1, 2017<br>TIME:　2:30 P.M.<br>CTRM:　10A<br><br><u>NEW HEARING DATE</u><br><br>DATE:　December 22, 2017<br>TIME:　2:30 P.M.<br>CTRM:　10A<br><br>Hon. Josephine L. Staton |

1  The Court, having read and considered the parties' stipulation to continue the
2 hearing on Plaintiff's Motion for Preliminary Injunction Order Against Harassment, and
3 good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the
4 hearing on Plaintiff's motion is continued to December 22, 2017 at 2:30 p.m.

5  It is further **ORDERED** that Defendant's opposition to Plaintiff's motion is
6 deemed to have been timely filed.

7  It is further **ORDERED** that Plaintiff's reply shall be due not later than fourteen
8 days before the continued hearing date, per the Local Rules of this Court.

10  **IT IS SO ORDERED.**

12 DATED:_____     _____
13                              Hon. Josephine L. Staton
                                U.S. District Judge

1315514.1