# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>             Plaintiff,<br><br>v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>             Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT [DKT. 27]**<br><br><u>CURRENT HEARING DATE</u><br><br>DATE:   December 1, 2017<br>TIME:   2:30 P.M.<br>CTRM:   10A<br><br><u>NEW HEARING DATE</u><br><br>DATE:   December 22, 2017<br>TIME:   2:30 P.M.<br>CTRM:   10A<br><br>Hon. Josephine L. Staton |

The Court, having read and considered the parties' stipulation to continue the hearing on Plaintiff's Motion for Preliminary Injunction Order Against Harassment, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the hearing on Plaintiff's motion is continued to December 22, 2017 at 2:30 p.m.

It is further **ORDERED** that Defendant's opposition to Plaintiff's motion is deemed to have been timely filed.

It is further **ORDERED** that Plaintiff's reply shall be due not later than fourteen days before the continued hearing date, per the Local Rules of this Court.

**IT IS SO ORDERED.**

DATED: November 20, 2017

_____
Hon. Josephine L. Staton
United States District Judge