TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>            Plaintiff,<br><br>      v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>            Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**SUPPLEMENTAL DECLARATION OF CHRIS PRINCIPE IN SUPPORT MOTION FOR PRELIMINARY INJUNCTION ORDER AGAINST HARASSMENT**<br><br>DATE:   December 22, 2017<br>TIME:   2:30 p.m.<br>CTRM:   10A<br><br>Hon. Josephine L. Staton |

I, Chris Principe, declare as follow:

1. I am the Plaintiff in this action. I make this declaration of my personal knowledge and, if called as a witness, could testify competently to each of the following facts.

2. During the pendency of my motion for a restraining order, Defendant has continued to harass me. As an example, he has continued to bombard me on Twitter both by using my Twitter handle (@cmpleo) and using my name as a hashtag (e.g., #ChrisPrincipe). In many of these messages, Defendant tags or tweets to multiple other individuals or organizations. Screenshots of some examples are attached as Exhibit 1.

3. Based on Defendant's conduct, I do not believe he will cease his harassment of me absent resolution of this motion, either by an order from this Court or an agreement of the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 8, 2017 in Stuart, Florida.

CHRIS PRINCIPE

2

1320920.1