# Exhibit 1

**Tim Tayshun** @ezCoinAccess
Replying to @OnecoinA @SAJISANU @amitbhawani

Furthermore, name JUST ONE USA Onecoin promoter more famous than #ChrisPrincipe still promoting the Onecoin Ponzi SCAM? McMurrain, the convicted Ponzi criminal, is gone promoting CoinMD PONZI now. Who's left? Chris Principe, that's who. (With Herve Lacorne in the shadows?)



2:46 PM - 4 Dec 2017

Exhibit 1
Page 3

**Tim Tayshun** @ezCoinAccess

Replying to @Chalet_spar @cmpleo @ecb

I'm humbled &can't wait 2 continue exposing scammers like @cmpleo & OTHER #Onecoin scammers like him Justice is coming! The SEC, FBI, FinCEN, IRS, FCA, CIA & all major Economic Fraud Divisions must have @cmpleo Trade Solutions Group, HerveLacorne & Chau Nguyen(OléPay) under watch

11:55 PM - 3 Dec 2017

**Tim Tayshun** @ezCoinAccess

@cmpleo how funny or ironic is it that "little ol ME" is 1 of just ~ONE HUNDRED Twitter users whom THE EUROPEAN CENTRAL BANK @ecb is following? Why do you think that is, YOU ONECOIN SCAM PROMOTER!? Sue me to your heart's content! I know that YOU WILL HAVE TO PAY THE PIPER! 

11:10 PM - 3 Dec 2017

Exhibit 1
Page 4

**Tim Tayshun** @ezCoinAccess

Replying to @OneCoinInsider @FBI and 15 others

The "Coin Rush" Event in London on June 11th, 2016 is mentioned in Lawsuit AS IF it were the only Onecoin related event he spoke at 😂👌 In reality #ChrisPrincipe has CONTINUED to promote Onecoin pseudo-cryptocurrency/ #Ponzi scheme globally since before the Fake Financial IT cover

11:11 AM - 3 Dec 2017

Exhibit 1
Page 5