## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-00608-JLS-KESx | Date | December 22, 2017 |
| Title | Chris Principe v. Timothy Curry | | |

| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Lauridsen | Daniel Soto |

**Proceedings:**   Hearing on Plaintiff's Motion for Preliminary Injunction [27]

Matter called. Oral arguments heard. Motion taken under submission by the Court.

| | 00 | : | 15 |
|---|---|---|---|
| Initials of Preparer | tg | | |