TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>    Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Civil Rule 16-15.7(a), Plaintiff Chris Principe and Defendant Timothy Glen Curry report that, following a mediation on March 30, 2018, they have reached a settlement in principle in the above-titled action. Pursuant to Local Civil Rule 16-15.7(b), the Parties anticipate finalizing a long-form agreement by April 30, 2018.

In view of the above, the Parties request that all upcoming deadlines and hearings be stayed or vacated and that the parties be given until April 30, 2018 to file dispositive papers in this action.

DATED: April 6, 2018         Tucker Ellis LLP


                             By:   /s/Steven E. Lauridsen
                                   Howard A. Kroll
                                   Steven E. Lauridsen

                                   Attorneys for Plaintiff
                                   CHRIS PRINCIPE

DATED: April 6, 2018         Law Office of Daniel A. De Soto


                             By:   /s/Daniel A. DeSoto*
                                   Daniel A. De Soto

                                   Attorneys for Defendant
                                   TIMOTHY GLEN CURRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this notice and has authorized its filing with his electronic signature.