JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | ) Case No. SACV 17-00608-JLS(KESx) |
| Plaintiff, | ) ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| TIMOTHY CURRY. | |
| Defendant(s). | |

On April 6, 2018, Plaintiff filed a Notice of Settlement (doc. 47), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

1  The parties shall file a Stipulation of Dismissal no later than
2 May 7, 2018. If no dismissal is filed, the Court deems the matter
3 dismissed at that time.
4  The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

7 IT IS SO ORDERED.

9 DATED: April 09, 2018                 _____
                                        JOSEPHINE L. STATON
10                                      HONORABLE JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE

2