TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | Case No. 8:17-cv-00608 JLS (KESx) |
| Plaintiff, | |
| v. | **FIRST STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL WITH PREJUDICE** |
| TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN, | |
| Defendant. | |

Plaintiff Chris Principe and Defendant Timothy Glen Curry, by and through their respective counsel, stipulate to extend the deadline for the parties to file a dismissal with prejudice by 30 days from May 7, 2018 to June 6, 2018. This stipulation is based on the following facts:

1. On March 30, 2018, the parties engaged in a mediation in an attempt to resolve this dispute. The parties reached a settlement in principal and filed a notice of settlement shortly thereafter.

2. On April 9, 2018, in response to the parties' notice of settlement, the Court issued an Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, Dkt. 48 (the "Order"). The Order provides the parties until May 7, 2018 to file a stipulation to dismiss the case. The Order further stated that if a stipulation was not filed by that date, the action would be dismissed.

3. The parties have worked together to draft a long-form settlement agreement memorializing the terms of their settlement in principal. Significant progress has been made, and a draft has been circulated among the parties.

4. The parties, however, believe that they require an additional 30 days to finalize the terms of this written agreement. The parties expect that the remaining terms can be finalized within 30 days.

5. This is the first request for an extension of the May 7, 2018 deadline, and the parties request this extension for the above reasons and not for the purpose of delay.

Based on the foregoing, the parties respectfully request that the Court enter an order granting this stipulation and allowing the parties until June 6, 2018 to file a stipulation to dismiss with prejudice.

///
///
///

**SO STIPULATED:**

DATED:  April 30, 2018            Tucker Ellis LLP

                                                              By:   /s/Steven E. Lauridsen
                                                                       Howard A. Kroll
                                                                       Steven E. Lauridsen
                                                                       Attorneys for Plaintiff
                                                                       CHRIS PRINCIPE

DATED: April 30, 2018            Law Office of Daniel A. De Soto

                                                             By:   /s/Daniel A. DeSoto*
                                                                      Daniel A. De Soto
                                                                    Attorneys for Defendant
                                                                    TIMOTHY GLEN CURRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this stipulation and has authorized its filing with his electronic signature.

3