# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | Case No. 8:17-cv-00608 JLS (KESx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE** |
| v. | |
| TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN, | Hon. Josephine L. Staton |
| Defendant. | |

The Court, having read and considered the parties' First Stipulation to Extend Time to File Dismissal With Prejudice, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the May 7, 2018 deadline to file a stipulation to dismiss this action, as set forth in the Court's Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, is extended by 30 days up to and including June 6, 2018.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                            Hon. Josephine L. Staton
                                            U.S. District Judge