**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS PRINCIPE,<br>Plaintiff,<br>v.<br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br>Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br>**ORDER GRANTING FIRST STIPULATION TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE**<br>Hon. Josephine L. Staton |

1   The Court, having read and considered the parties' First Stipulation to Extend Time
2   to File Dismissal With Prejudice, and good cause appearing, it is **ORDERED** that the
3   stipulation is **GRANTED** and that the May 7, 2018 deadline to file a stipulation to dismiss
4   this action, as set forth in the Court's Order Staying the Action Pending Final Settlement,
5   Removing Case from Active Caseload, and Filing of Dismissal, is extended by 30 days up
6   to and including June 6, 2018.

   **IT IS SO ORDERED.**

   DATED:    May 03, 2018

   _____
   Hon. Josephine L. Staton
   United States District Judge