TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:   213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>          Plaintiff,<br><br>     v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>          Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**SECOND STIPULATION TO EXTEND DEADLINE TO FILE DISMISSAL WITH PREJUDICE** |

Plaintiff Chris Principe and Defendant Timothy Glen Curry, by and through their respective counsel, stipulate to extend the deadline for the parties to file a stipulation to dismiss this action with prejudice by 30 days from June 6, 2018 to July 6, 2018. This stipulation is based on the following facts:

1. On March 30, 2018, the parties engaged in a mediation in an attempt to resolve this dispute. The parties reached a settlement in principal and filed a notice of settlement shortly thereafter.

2. On April 9, 2018, in response to the parties' notice of settlement, the Court issued an Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, Dkt. 48 (the "Order"). The Order provided the parties until May 7, 2018 to file a stipulation to dismiss the case. The Order further stated that if a stipulation was not filed by that date, the action would be dismissed.

3. The parties have worked together to draft a long-form settlement agreement memorializing the terms of their settlement in principal. Significant progress has been made, and a draft has been circulated among the parties.

4. Because the parties needed additional time to negotiate the written settlement agreement, the parties filed on April 30, 2018 a stipulation requesting that the Court extend the May 7, 2018 deadline set in the Order by 30 days to June 6, 2018. Dkt. 49. On May 3, 2018, the Court granted this stipulation and issued an order extending the deadline for the parties to file a dismissal in this action up to and including June 6, 2018. Dkt. 50.

5. Although the parties have continued their efforts in good faith to finalize the draft settlement, several circumstances have arisen that warrant additional time for the parties to finalize the agreement and file a stipulation to dismiss this action.

6. First, Daniel A. De Soto, counsel for Defendant, has been engaged in a trial that ended on May 18, 2018. Defendant had also been traveling, which combined with Mr. De Soto's trial schedule, has necessitated additional time for Defendant and his counsel to discuss the most recent draft of the settlement agreement and prepare proposed

revisions.

7. Steven E. Lauridsen, counsel for Plaintiff who is in charge of negotiating the agreement on behalf of Plaintiff, has an obligation out of the country and is currently scheduled to leave the country on May 26, 2018 and return on June 5, 2018, the day before the current deadline to file a stipulation to dismiss this action. Moreover, because Plaintiff frequently travels internationally as part of his business activities, the parties want to ensure that there is sufficient time for Mr. Lauridsen to review and discuss with Plaintiff any proposed revisions forthcoming from Defendant. This is particularly true given the time zone differences that would be involved during this period.

8. The parties therefore believe that they require an additional 30 days to finalize the terms of this written agreement in an orderly fashion.

9. This is the second request for an extension of the May 7, 2018 deadline. The first request was granted and extended the deadline to June 6, 2018. The parties request this extension for the above reasons to allow them to finalize settlement in an orderly fashion and not for the purpose of delay.

Based on the foregoing, the parties respectfully request that the Court enter an order granting this stipulation and allowing the parties until July 6, 2018 to file a stipulation to dismiss with prejudice.

**SO STIPULATED:**

DATED:  May 25, 2018                    Tucker Ellis LLP


                                        By:   /s/Steven E. Lauridsen
                                              Howard A. Kroll
                                              Steven E. Lauridsen
                                              Attorneys for Plaintiff
                                              CHRIS PRINCIPE

DATED: May 25, 2018  Law Office of Daniel A. De Soto

By: /s/Daniel A. DeSoto*
Daniel A. De Soto
Attorneys for Defendant
TIMOTHY GLEN CURRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this stipulation and has authorized its filing with his electronic signature.

4