# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>    Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE**<br><br>Hon. Josephine L. Staton |

1. The Court, having read and considered the parties' Second Stipulation to Extend Time to File Dismissal With Prejudice, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the June 6, 2018 deadline to file a stipulation to dismiss this action, as set forth in the Court's Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, and as previously continued by order of the Court, is extended by an additional 30 days up to and including July 6, 2018.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                           Hon. Josephine L. Staton
                                           U.S. District Judge