1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | ) Case No. 8:17-cv-00608 JLS (KESx) |
| Plaintiff, | ) **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE** |
| v. | ) |
| TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN, | ) Hon. Josephine L. Staton |
| Defendant. | ) |

The Court, having read and considered the parties' Second Stipulation to Extend Time to File Dismissal With Prejudice, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the June 6, 2018 deadline to file a stipulation to dismiss this action, as set forth in the Court's Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, and as previously continued by order of the Court, is extended by an additional 30 days up to and including July 6, 2018.

**IT IS SO ORDERED.**

DATED: May 29, 2018

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Judge