1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY GLEN CURRY A/K/A<br>TIMOTHY TAYSHUN,<br><br>    Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO FILE DISMISSAL WITH PREJUDICE**<br><br>Hon. Josephine L. Staton |

The Court, having read and considered the parties' Third Stipulation to Extend Time to File Dismissal With Prejudice, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that the July 6, 2018 deadline to file a stipulation to dismiss this action, as set forth in the Court's Order Staying the Action Pending Final Settlement, Removing Case from Active Caseload, and Filing of Dismissal, and as previously continued by order of the Court, is extended up to and including August 6, 2018.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                                                         Hon. Josephine L. Staton
                                                                         U.S. District Judge