TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Plaintiff
CHRIS PRINCIPE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>　　　　　Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Chris Principe and Defendant Timothy Glen Curry, stipulate, by and through their attorneys, for the dismissal of this action with prejudice with each party to bear his own costs and fees. The parties respectfully request that the Court enter the proposed order concurrently lodged with this stipulation.

DATED: August 6, 2018　　　　　　　　　Tucker Ellis LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/Steven E. Lauridsen
　　　　　　　　　　　　　　　　　　　　　　Howard A. Kroll
　　　　　　　　　　　　　　　　　　　　　　Steven E. Lauridsen
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　CHRIS PRINCIPE

DATED: August 6, 2018　　　　　　　　　Law Office of Daniel A. De Soto

　　　　　　　　　　　　　　　　　　　　By:　/s/Daniel A. DeSoto*
　　　　　　　　　　　　　　　　　　　　　　Daniel A. De Soto
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY GLEN CURRY

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this stipulation and has authorized its filing with his electronic signature.

1373719.1