1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE, | ) Case No. 8:17-cv-00608 JLS (KESx) |
| Plaintiff, | ) **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | ) |
| TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN, | ) Hon. Josephine L. Staton |
| Defendant. | ) |

1    The Court, having read and considered the parties' stipulation to dismiss this action
2 with prejudice, and good cause appearing, it is **ORDERED** that the stipulation is
3 **GRANTED** and that this action is hereby dismissed with prejudice.
4    It is further **ORDERED** that each party shall bear his own costs and fees.

6    **IT IS SO ORDERED.**

8 DATED:_____                    _____
                                             Hon. Josephine L. Staton
                                             U.S. District Judge