1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PRINCIPE,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMOTHY GLEN CURRY A/K/A TIMOTHY TAYSHUN,<br><br>  Defendant. | Case No. 8:17-cv-00608 JLS (KESx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Josephine L. Staton |

The Court, having read and considered the parties' stipulation to dismiss this action with prejudice, and good cause appearing, it is **ORDERED** that the stipulation is **GRANTED** and that this action is hereby dismissed with prejudice.

It is further **ORDERED** that each party shall bear his own costs and fees.

**IT IS SO ORDERED.**

DATED: August 7, 2018

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
U.S. District Judge